

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

April 3, 2006

### VIA FACSIMILE AND FEDERAL EXPRESS

Joseph I. Goldstein, Esq.
Mayer Brown Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006
Facsimile No. (202) 263-5344

Re: In re Royal Dutch/Shell Transport Securities Litigation, 04-cv-374 (D.N.J.)

Dear Mr. Goldstein:

Today I am sending to you via federal express copies of the non-privileged documents we located in response to requests 5, 6, 7, and 8 of your subpoenas. The scope of our search for those documents is identified in my letter to you dated March 20, 2006.

The enclosed documents consist of written communications, including comment letters and e-mails between SEC staff in the Division of Corporation Finance and any of the twenty-five third parties identified in your March 1, 2006 letter to me during the last ten years.[1] Also included are overhead slides used by SEC employee James Murphy at a Society of Petroleum Engineers conference in October 2000, and other overhead slides used by Mr. Murphy at a Society of Petroleum Engineering Evaluators in 2002. No other responsive correspondence was located within the Division of Corporation Finance or the SEC's Office of Chief Accountant.

Please note a few things about the comment letters. We have redacted language from a few of the comment letters that is privileged and confidential. The redacted language does not pertain to the topics in which you are interested.

After you have had a chance to review these documents, please submit any additional information in support of your request for testimony from the SEC and Messrs. Schwall, Murphy, and Winfrey to me. I will forward it and the information in your March 21, 2006 letter to the General Counsel who will make a decision regarding your request for testimony.

---

[1] Please note that Lukoil Oil Company is not a public company and, thus, there are no comment letters between it and SEC staff in the Division of Corporation Finance.

Joseph I. Goldstein, Esq.
April 3, 2006
Page Two

      Please contact me if you do not receive the non-privileged documents on Tuesday April 4, 2006.

                                          Sincerely,

                                          Kathleen Cody, Esq.
                                          SEC
                                          100 F Street, N.E.
                                          Washington, D.C. 20549-9612
                                          Tel: (202) 551-5126

Enclosures