UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: | : |
| ROYAL DUTCH/SHELL TRANSPORT | : |
| SECURITIES LITIGATION | : Case No.1:06-mc-00248 (Kollar-Kotelly, J.) |
|  | : |

## DECLARATION OF NANCY M. MORRIS

I, Nancy M. Morris, declare under penalty of perjury, in accordance with 28 U.S.C. 1746, that:

1. I am Secretary of the United States Securities and Exchange Commission ("SEC").

2. Counsel for Philip Watts, a defendant in a private securities class action, subpoenaed the SEC and asked it to designate persons for depositions.

3. On June 16, 2006, the SEC, through its General Counsel, to whom it has delegated the authority, and who after giving personal consideration to the matter, determined, on behalf of the SEC, to assert the deliberative process privilege to: (1) any deliberations about the definition or interpretation of Rule 4-10 or related documents that occurred in connection with the drafting, editing, review, or possible amendment of Rule 4-10 or related documents or that occurred in connection with the preparation of comment letters or evaluation of filings; and (2) any discussions by staff that led to development of positions communicated to third parties.

4. The deliberative process privilege is being asserted because providing such information to Watts could reveal predecisional staff deliberations, including advice, evaluations, opinions and recommendations of the staff of the SEC. The SEC is of the opinion that disclosure of this information would have an inhibiting effect upon the fullness and

frankness of verbal and written expression among the SEC  and its staff members and thus would have a detrimental effect on the SEC's decision-making processes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true to the best of my knowledge.

Executed this 16th day of June, 2006, at Washington, D.C.


Nancy M. Morris
Secretary