## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I caused the foregoing Consent Motion Of Sir Philip B. Watts For A Four-Day Extension Of time To File A Reply Brief, as well as a Proposed Order to all parties to be served according to the method specified below:

| | |
|---|---|
| Richard Humes<br>Brian G. Cartwright<br>Kathleen Cody<br>United States Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549-9612<br><br>*Counsel for the SEC*<br><br>*VIA ELECTRONIC DELIVERY* | **Lynch Keefe Bartels**<br>Attorneys at Law<br>John E. Keefe, Jr., Esq.<br>830 Broad Street<br>Shrewsbury, NJ  07702<br>Telephone:  732-224-9400<br>Email:  jkeefe@lmknet.com<br><br>*Liaison Counsel for the Class*<br><br>*VIA ELECTRONIC MAIL* |
| **Bernstein Liebhard & Lifshitz, LLP**<br>Stanley D. Bernstein, Esq.<br>Michael S. Bigin, Esq.<br>Keith M. Fleischman, Esq.<br>Jeffrey M. Haber, Esq.<br>Mark T. Millkey, Esq.<br>William A.K. Titelman, Esq.<br>10 East 40th Street<br>New York, NY  10016<br>Telephone:  212-779-1414<br>Email:  bernstein@bernlieb.com<br>bigin@bernlieb.com<br>fleischman@bernlieb.com<br>haber@bernlieb.com<br>millkey@bernlieb.com<br>titelman@bernlieb.com<br><br>*Counsel for PSERS and SERS, and Lead Counsel for the Class*<br><br>*VIA ELECTRONIC MAIL* | **Hughes Hubbard & Reed LLP**<br>Wilfred P. Coronato, Esq.<br>John N. Poulos, Esq.<br>101 Hudson Street<br>Suite 3601<br>Jersey City, NJ  07302-3908<br>Telephone:  201-536-9220<br>Email: poulos@hugheshubbard.com<br>coronato@hugheshubbard.com<br><br>Derek J.T. Adler, Esq.<br>William R. Maguire, Esq.<br>One Battery Park Plaza<br>New York, NY 10004-6000<br>Email: adler@hugheshubbard.com<br>maguire@hugheshubbard.com<br><br>*Counsel to PricewaterhouseCoopers UK LLP*<br><br>*VIA ELECTRONIC MAIL* |

**Linklaters**
James R. Warnot, Jr. Esq.
Michael J. Osnato, Jr. Esq.
1345 Avenue of Americas, 19th Floor
New York, NY 10150
Telephone: 212-903-9000
Email: jim.warnot@linklaters.com
mike.osnato@linklaters.com

**Greenberg Traurig, LLP**
J. Michael Riordan, Esq.
200 Park Avenue
P.O. Box 677
Florham Park, NJ 07932
Email: riordanjm@gtlaw.com


*Counsel to KPMG International*

*VIA ELECTRONIC MAIL*

**Hogan & Hartson, LLP**
W. Sidney Davis, Jr., Esq.
George Salter. Esq.
875 Third Avenue
New York, NY 10022
Telephone: 212-918-3000
Email: wsdavis@hhlaw.com
gasalter@hhlaw.com

**Robinson & Livelli**
Donald A. Robinson, Esq.
Leda Dunn Wettre, Esq.
2 Penn Plaza East
Newark, NJ 07105
Email: drobinson@robinsonlivelli.com
lwettre@robinsonlivelli.com

*Counsel to KPMG Accountants NV*

*VIA ELECTRONIC MAIL*

**Akin Gump Strauss Hauer & Feld LLP**
John M. Dowd, Esq.
Paul W. Butler, Esq.
Evangeline C. Paschal, Esq.
Jeffrey L. King, Esq.
1333 New Hampshire Avenue N.W.
Washington, D.C. 20036-1564
Telephone: 202-887-4000
Email: epaschal@akingump.com
pbutler@akingump.com
jdowd@akingump.com
jking@akingump.com

James L. Griffith, Jr., Esq.
One Commerce Square
2005 Market Street, Suite 2200
Philadelphia, PA 19103
Email: jgriffith@akingump.com

*Counsel to Walter van de Vijver*

*VIA ELECTRONIC MAIL*

**Foley & Lardner LLP**
Nancy J. Sennett, Esq.
Rebecca E. Wickhem, Esq.
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: 414-271-2400
Email: rwickhem@foley.com
nsennett@foley.com

Samuel L. Winer, Esq.
Washington Harbour
3000 K Street, N.W. Suite 500
Washington, D.C. 20007-5109
Email: swiner@foley.com


*Counsel to Judith Boynton*

*VIA ELECTRONIC MAIL*

2

**Debevoise & Plimpton LLP**
David C. Ware, Esq.
Scott N. Auby, Esq.
Colby A. Smith, Esq.
555 13th Street, N.W.
Washington, D.C. 20004
Email: dcware@debevoise.com
snauby@debevoise.com
casmith@debevoise.com

**Robertson, Freilich, Bruno & Cohen LLC**
Megan Jordan Strickland, Esq.
Owen J. McKeon, Esq.
One Riverfront Plaza, 4th Floor Newark, New
Jersey 07102
Telephone (973) 848-2100
Fax (973) 848-2138/2139

*Counsel to Royal Dutch/Shell Transport and
Trading Co.*

*VIA ELECTRONIC MAIL*

**LeBoeuf, Lamb, Greene & MacRae LLP**
Ralph C. Ferrara, Esq.
Ann M. Ashton, Esq.
1875 Connecticuit Avenue, N.W.
Suite 1200
Washington, D.C. 20009-5715
Email: rferrara@llgm.com
amashton@llgm.com

Jonathan Richman, Esq.
125 West 55th Street
New York, NY 10019
Email: jrichman@llgm.com

*Counsel to Royal Dutch Petroleum Company
and The "Shell" Transport and Trading
Company p.l.c.*

*VIA ELECTRONIC MAIL*

_____
Aimee D. Latimer
Mayer Brown Rowe & Maw LLP
1909 K Street, NW
Washington, D.C. 20006-1101
alatimer@mayerbrownrowe.com

DCDB01 20809635.1  22-Jun-06 13:55