UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| ROYAL DUTCH/SHELL TRANSPORT ) | D.C. M.C. 06- 00248 (Kollar-Kotelly, J.) |
| SECURITIES LITIGATION ) | D.N.J. Civ. Action No. 04-374 (JAP) |
| ) | |

**CONSENT MOTION OF SIR PHILIP B. WATTS FOR A
FOUR-DAY EXTENSION OF TIME TO FILE A REPLY BRIEF**

Sir Philip B. Watts respectfully requests that the Court grant a brief, four-day extension of time to file his reply to the Opposition of the Securities and Exchange Commission to Motion of Sir Philip B. Watts to Compel Compliance with Rule 45 Subpoena.

Watts proposes that the Court extend the deadline for his reply to Friday, June 30, 2006. Watts' reply brief is currently due on Monday, June 26, 2006.

Watts has conferred with counsel to the SEC regarding the extension of time. Counsel for the SEC stated that it does not oppose the requested extension.

A proposed order granting Watts' request to extend the deadline for filing his reply brief to Friday June 30, 2006 is attached.

Respectfully submitted,

*[signature]*

Joseph I. Goldstein (D.C. Bar No. 412240)
Andrew J. Morris (D.C. Bar No. 411865)
Adriaen M. Morse Jr. (D.C. Bar No. 483347)
Aimée D. Latimer (D.C. Bar No. 476693)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, DC 20006-1101
Telephone: 202-263-3000
Facsimile: 202-263-3300

*Counsel for Sir Philip B. Watts*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) <br> ) <br> ROYAL DUTCH/SHELL TRANSPORT  ) <br> SECURITIES LITIGATION  ) <br> ) | D.C. M.C. 06- 00248 (Kollar-Kotelly, J.) <br> D.N.J. Civ. Action No. 04-374 (JAP) |

**PROPOSED ORDER**

Upon consideration of Sir Philip B. Watts' motion for an extension of time to file a reply brief,

IT IS HEREBY ORDERED that Sir Philip B. Watts' motion for an extension is granted on consent. The deadline for Watts's reply to the Opposition of the Securities and Exchange Commission to Motion of Sir Philip B. Watts to Compel Compliance with Rule 45 Subpoena is hereby extended to Friday, June 30, 2006.

                                                                                                    _____
                                                                                                    Judge Colleen Kollar-Kotelly
                                                                                                    United States District Judge

Dated: _____
           Washington, D.C.

DCDB01 20809618