## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I caused the foregoing Consent Motion Of Sir Philip B. Watts For A Four-Day Extension Of time To File A Reply Brief, as well as a Proposed Order to all parties to be served according to the method specified below:

| | |
|---|---|
| Richard Humes<br>Brian G. Cartwright<br>Kathleen Cody<br>United States Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549-9612<br><br>*Counsel for the SEC*<br><br>*VIA ELECTRONIC DELIVERY* | **Lynch Keefe Bartels**<br>Attorneys at Law<br>John E. Keefe, Jr., Esq.<br>830 Broad Street<br>Shrewsbury, NJ 07702<br>Telephone: 732-224-9400<br>Email: jkeefe@lmknet.com<br><br>*Liaison Counsel for the Class*<br><br>*VIA ELECTRONIC MAIL* |
| **Bernstein Liebhard & Lifshitz, LLP**<br>Stanley D. Bernstein, Esq.<br>Michael S. Bigin, Esq.<br>Keith M. Fleischman, Esq.<br>Jeffrey M. Haber, Esq.<br>Mark T. Millkey, Esq.<br>William A.K. Titelman, Esq.<br>10 East 40th Street<br>New York, NY 10016<br>Telephone: 212-779-1414<br>Email: bernstein@bernlieb.com<br>bigin@bernlieb.com<br>fleischman@bernlieb.com<br>haber@bernlieb.com<br>millkey@bernlieb.com<br>titelman@bernlieb.com<br><br>*Counsel for PSERS and SERS, and Lead Counsel for the Class*<br><br>*VIA ELECTRONIC MAIL* | **Hughes Hubbard & Reed LLP**<br>Wilfred P. Coronato, Esq.<br>John N. Poulos, Esq.<br>101 Hudson Street<br>Suite 3601<br>Jersey City, NJ 07302-3908<br>Telephone: 201-536-9220<br>Email: poulos@hugheshubbard.com<br>coronato@hugheshubbard.com<br><br>Derek J.T. Adler, Esq.<br>William R. Maguire, Esq.<br>One Battery Park Plaza<br>New York, NY 10004-6000<br>Email: adler@hugheshubbard.com<br>maguire@hugheshubbard.com<br><br>*Counsel to PricewaterhouseCoopers UK LLP*<br><br>*VIA ELECTRONIC MAIL* |

| | |
|---|---|
| **Linklaters**<br>James R. Warnot, Jr. Esq.<br>Michael J. Osnato, Jr. Esq.<br>1345 Avenue of Americas, 19th Floor<br>New York, NY 10150<br>Telephone: 212-903-9000<br>Email: jim.warnot@linklaters.com<br>mike.osnato@linklaters.com<br><br>**Greenberg Traurig, LLP**<br>J. Michael Riordan, Esq.<br>200 Park Avenue<br>P.O. Box 677<br>Florham Park, NJ 07932<br>Email: riordanjm@gtlaw.com<br><br>*Counsel to KPMG International*<br><br>*VIA ELECTRONIC MAIL* | **Hogan & Hartson, LLP**<br>W. Sidney Davis, Jr., Esq.<br>George Salter. Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: 212-918-3000<br>Email: wsdavis@hhlaw.com<br>gasalter@hhlaw.com<br><br>**Robinson & Livelli**<br>Donald A. Robinson, Esq.<br>Leda Dunn Wettre, Esq.<br>2 Penn Plaza East<br>Newark, NJ 07105<br>Email: drobinson@robinsonlivelli.com<br>lwettre@robinsonlivelli.com<br><br>*Counsel to KPMG Accountants NV*<br><br>*VIA ELECTRONIC MAIL* |
| **Akin Gump Strauss Hauer & Feld LLP**<br>John M. Dowd, Esq.<br>Paul W. Butler, Esq.<br>Evangeline C. Paschal, Esq.<br>Jeffrey L. King, Esq.<br>1333 New Hampshire Avenue N.W.<br>Washington, D.C. 20036-1564<br>Telephone: 202-887-4000<br>Email: epaschal@akingump.com<br>pbutler@akingump.com<br>jdowd@akingump.com<br>jking@akingump.com<br><br>James L. Griffith, Jr., Esq.<br>One Commerce Square<br>2005 Market Street, Suite 2200<br>Philadelphia, PA 19103<br>Email: jgriffith@akingump.com<br><br>*Counsel to Walter van de Vijver*<br><br>*VIA ELECTRONIC MAIL* | **Foley & Lardner LLP**<br>Nancy J. Sennett, Esq.<br>Rebecca E. Wickhem, Esq.<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Telephone: 414-271-2400<br>Email: rwickhem@foley.com<br>nsennett@foley.com<br><br>Samuel L. Winer, Esq.<br>Washington Harbour<br>3000 K Street, N.W. Suite 500<br>Washington, D.C. 20007-5109<br>Email: swiner@foley.com<br><br><br><br><br>*Counsel to Judith Boynton*<br><br>*VIA ELECTRONIC MAIL* |

| | |
|---|---|
| **Debevoise & Plimpton LLP**<br>David C. Ware, Esq.<br>Scott N. Auby, Esq.<br>Colby A. Smith, Esq.<br>555 13th Street, N.W.<br>Washington, D.C. 20004<br>Email: dcware@debevoise.com<br>snauby@debevoise.com<br>casmith@debevoise.com<br><br>**Robertson, Freilich, Bruno & Cohen LLC**<br>Megan Jordan Strickland, Esq.<br>Owen J. McKeon, Esq.<br>One Riverfront Plaza, 4th Floor Newark, New Jersey 07102<br>Telephone (973) 848-2100<br>Fax (973) 848-2138/2139<br><br>*Counsel to Royal Dutch/Shell Transport and Trading Co.*<br><br>*VIA ELECTRONIC MAIL* | **LeBoeuf, Lamb, Greene & MacRae LLP**<br>Ralph C. Ferrara, Esq.<br>Ann M. Ashton, Esq.<br>1875 Connecticuit Avenue, N.W.<br>Suite 1200<br>Washington, D.C. 20009-5715<br>Email: rferrara@llgm.com<br>amashton@llgm.com<br><br>Jonathan Richman, Esq.<br>125 West 55th Street<br>New York, NY 10019<br>Email: jrichman@llgm.com<br><br>*Counsel to Royal Dutch Petroleum Company and The "Shell" Transport and Trading Company p.l.c.*<br><br>*VIA ELECTRONIC MAIL* |

/s/ Aimee D. Latimer
Aimee D. Latimer
Mayer Brown Rowe & Maw LLP
1909 K Street, NW
Washington, D.C. 20006-1101
alatimer@mayerbrownrowe.com

3