**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| In re:<br><br>IN RE ROYAL DUTCH/SHELL<br>TRANSPORT SECURITIES LITIGATION | 1:06-mc-00248<br>(Kollar-Kotelly, J.)<br><br>*Document Filed Electronically* |

## MOTION FOR SHARAN E. LIEBERMAN TO APPEAR *PRO HAC VICE*

I, Aimée D. Latimer, am a member in good standing of the bar of this Court. My bar number

is 476693. I am moving for admission of Sharan E. Lieberman to appear *pro hac vice* in this

case as counsel for Defendant Sir Philip B. Watts. The Declaration pursuant to local rule 83.2(d)

is attached as an exhibit to this Motion.

Dated: June 28, 2006

Respectfully submitted,

By: Aimée D. Latimer (DC #476693)
Mayer, Brown, Rowe & Maw LLP
1909 K Street, NW
Washington, D.C. 20006-1101
(202) 263-3000

*Counsel for Defendant*
*Sir Philip B. Watts*