## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>IN RE ROYAL DUTCH/SHELL<br>TRANSPORT SECURITIES LITIGATION | 1:06-mc-00248<br>(Kollar-Kotelly, J.)<br><br>*Document Filed Electronically* |

### DECLARATION SHARAN E. LIEBERMAN
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Sharan E Lieberman, hereby declare as follows:

1.  My full name is Sharan Ellen Lieberman.

2.  I am an attorney with the law firm Mayer, Brown, Rowe & Maw LLP, located at 1909 K Street, NW, Washington, D.C., 20006. My direct telephone number at this address is 202-263-3470.

3.  Since October 2003, I have been a member in good standing of the New York Bar (Bar ID. No. 4175865). I am also a member in good standing of the Bar of the State of New Jersey (Bar ID No. 024192002), having been admitted in December of 2002.

4.  I submit this Declaration, pursuant to Local Rule 83.2(d), in support of the application for my admission to the United States District Court for the District of Columbia *pro hac vice* for purposes of serving as counsel for defendant Sir Philip Watts in the above-captioned action.

5.  I certify that I have not been disciplined by any bar.

6.  I have never been admitted *pro hac vice* in this Court before.

7.  My application for membership to the bar of the District of Columbia is currently pending and I am currently practicing under the supervision of principals of the firm according to Rule 49(c)(8) of the District of Columbia Court of Appeals.

8.  In light of the foregoing, I respectfully request that the Court grant my admission *pro hac vice*.

Respectfully submitted,

Dated: June 28, 2006

Sharan E. Lieberman, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000