UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | 1:06-mc-00248 (Kollar-Kotelly, J.) |
|---|---|
| IN RE ROYAL DUTCH/SHELL TRANSPORT SECURITIES LITIGATION | *Document Filed Electronically* |

**PROPOSED ORDER GRANTING MOTION FOR
SHARAN E. LIEBERMAN TO APPEAR *PRO HAC VICE***

Upon the Motion of Sharan E. Lieberman to Appear *Pro Hac Vice* in the above captioned matter, the court hereby grants the motion for admission and,

IT IS ORDERED that Sharan E. Lieberman is admitted *pro hac vice*,

ENTERED this _____ day of _____, 2006.


_____
Colleen Kollar-Kotelly
United States District Judge