## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2006, I caused the foregoing Motion Of Sharan E. Lieberman For Admission *Pro Hac Vice* to be served on the Securities and Exchange Commission according to the method specified below:

Richard Humes
Brian G. Cartwright
Kathleen Cody
United States Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-9612

*Counsel for the SEC*

*VIA ELECTRONIC DELIVERY*

Sharan E. Lieberman
Mayer Brown Rowe & Maw LLP
1909 K Street, NW
Washington, D.C. 20006-1101
slieberman@mayerbrownrowe.com