A



Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrownrowe.com

**Aimée D. Latimer**
Direct Tel (202) 263-3453
Direct Fax (202) 762-4212
alatimer@mayerbrownrowe.com

June 28, 2006

*VIA FACSIMILE AND OVERNIGHT MAIL*

Kathleen Cody, Esq.
Office of the General Counsel
United States Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-9612

Re:   In re Royal Dutch/Shell Transport Securities
      Litigation, Civil Action No. 04-cv-374 (D.N.J.)

Dear Ms. Cody:

We received the three boxes of additional documents the SEC has chosen to disclose. The review of these documents has not been completed, but one issue requires prompt resolution.

As you know, while reserving Watts' right to seek additional communications, our March 1 letter agreed to limit the scope of the document subpoena for communications between the SEC and third parties regarding Rule 4-10 to an enumerated list of third parties. Included among these entities were the Society of Petroleum Engineers and the Society of Petroleum Evaluation Engineers. Aside from some powerpoint slides that purport to reflect presentations made to the Society of Petroleum Engineers, the SEC has not produced documents reflecting communications between the SEC and these entities.

The latest set of produced documents includes a February 13, 2004 letter from Donald D. Humphreys, Vice President and Controller, ExxonMobil Corp., to Mr. Schwall. Mr. Humphreys, in his penultimate paragraph, states:

> We believe that a number of the comments, particularly in the reserves area, reflect industry wide issues. These issues cannot be easily resolved through individual company reviews and we strongly support the proposal put forth in the Society of Petroleum Engineers letter dated November 6, 2003 to establish a technical resource group to liaise with the SEC to enhance common understanding and facilitate resolution of these challenging issues.

Please either produce the Society of Petroleum Engineers letter referenced by Mr. Humphreys and any additional communications concerning that letter or issues raised by that letter or confirm that the SEC does not have within its custody, possession, or control communications from or to the Society of Petroleum Engineers and/or the Society of Petroleum Evaluation

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw LLP

Kathleen Cody, Esq.
June 28, 2006
Page 2

Engineers. Please provide a response by Friday, June 30, 2006 and, if the SEC has engaged in such communications, please provide the responsive communications by Friday, July 8, 2006.

Should you have any questions or concerns about this or any other matter, please contact me or one of my colleagues.

Sincerely,

Aimée D. Latimer

cc: Joseph I. Goldstein
    Andrew J. Morris
    Adriaen M. Morse Jr.