## CERTIFICATE OF SERVICE

I hereby certify that on June 30 2006, I caused the foregoing Reply of Sir Philip B. Watts In Support of His Motion To Compel Compliance By the Securities And Exchange Commission With Rule 45 Subpoena to be served on all parties listed below according to the methods specified:

| | |
|---|---|
| Richard Humes<br>Brian G. Cartwright<br>Kathleen Cody<br>United States Securities and Exchange Commission<br>100 F Street NE<br>Washington, DC 20549-9612<br><br>*Counsel for the SEC*<br><br>*VIA ELECTRONIC DELIVERY* | **Lynch Keefe Bartels**<br>Attorneys at Law<br>John E. Keefe, Jr., Esq.<br>830 Broad Street<br>Shrewsbury, NJ 07702<br>Telephone: 732-224-9400<br>Email: jkeefe@lkblaw.com<br><br>*Liaison Counsel for the Class*<br><br>*VIA ELECTRONIC MAIL* |
| **Bernstein Liebhard & Lifshitz, LLP**<br>Stanley D. Bernstein, Esq.<br>Michael S. Bigin, Esq.<br>Keith M. Fleischman, Esq.<br>Jeffrey M. Haber, Esq.<br>Mark T. Millkey, Esq.<br>William A.K. Titelman, Esq.<br>10 East 40th Street<br>New York, NY 10016<br>Telephone: 212-779-1414<br>Email: bernstein@bernlieb.com<br>bigin@bernlieb.com<br>fleischman@bernlieb.com<br>haber@bernlieb.com<br>millkey@bernlieb.com<br>titelman@bernlieb.com<br><br>*Counsel for PSERS and SERS, and Lead Counsel for the Class*<br><br>*VIA ELECTRONIC MAIL* | **Hughes Hubbard & Reed LLP**<br>Wilfred P. Coronato, Esq.<br>John N. Poulos, Esq.<br>101 Hudson Street<br>Suite 3601<br>Jersey City, NJ 07302-3908<br>Telephone: 201-536-9220<br>Email: poulos@hugheshubbard.com<br>coronato@hugheshubbard.com<br><br>Derek J.T. Adler, Esq.<br>William R. Maguire, Esq.<br>One Battery Park Plaza<br>New York, NY 10004-6000<br>Email: adler@hugheshubbard.com<br>maguire@hugheshubbard.com<br><br>*Counsel to PricewaterhouseCoopers UK LLP*<br><br>*VIA ELECTRONIC MAIL* |

| | |
|---|---|
| **Linklaters**<br>James R. Warnot, Jr. Esq.<br>Michael J. Osnato, Jr. Esq.<br>1345 Avenue of Americas, 19th Floor<br>New York, NY 10150<br>Telephone: 212-903-9000<br>Email: jim.warnot@linklaters.com<br>mike.osnato@linklaters.com<br><br>**Greenberg Traurig, LLP**<br>J. Michael Riordan, Esq.<br>200 Park Avenue<br>P.O. Box 677<br>Florham Park, NJ 07932<br>Email: riordanjm@gtlaw.com<br><br>*Counsel to KPMG International*<br><br>*VIA ELECTRONIC MAIL* | **Hogan & Hartson, LLP**<br>W. Sidney Davis, Jr., Esq.<br>George Salter. Esq.<br>875 Third Avenue<br>New York, NY 10022<br>Telephone: 212-918-3000<br>Email: wsdavis@hhlaw.com<br>gasalter@hhlaw.com<br><br>**Robinson & Livelli**<br>Donald A. Robinson, Esq.<br>Leda Dunn Wettre, Esq.<br>2 Penn Plaza East<br>Newark, NJ 07105<br>Email: drobinson@robinsonlivelli.com<br>lwettre@robinsonlivelli.com<br><br>*Counsel to KPMG Accountants NV*<br><br>*VIA ELECTRONIC MAIL* |
| **Akin Gump Strauss Hauer & Feld LLP**<br>John M. Dowd, Esq.<br>Paul W. Butler, Esq.<br>Evangeline C. Paschal, Esq.<br>Jeffrey L. King, Esq.<br>1333 New Hampshire Avenue N.W.<br>Washington, D.C. 20036-1564<br>Telephone: 202-887-4000<br>Email: epaschal@akingump.com<br>pbutler@akingump.com<br>jdowd@akingump.com<br>jking@akingump.com<br><br>James L. Griffith, Jr., Esq.<br>One Commerce Square<br>2005 Market Street, Suite 2200<br>Philadelphia, PA 19103<br>Email: jgriffith@akingump.com<br><br>*Counsel to Walter van de Vijver*<br><br>*VIA ELECTRONIC MAIL* | **Foley & Lardner LLP**<br>Nancy J. Sennett, Esq.<br>Rebecca E. Wickhem, Esq.<br>777 East Wisconsin Avenue<br>Milwaukee, WI 53202<br>Telephone: 414-271-2400<br>Email: rwickhem@foley.com<br>nsennett@foley.com<br><br>Samuel L. Winer, Esq.<br>Washington Harbour<br>3000 K Street, N.W. Suite 500<br>Washington, D.C. 20007-5109<br>Email: swiner@foley.com<br><br><br><br>*Counsel to Judith Boynton*<br><br>*VIA ELECTRONIC MAIL* |

| | |
|---|---|
| **Debevoise & Plimpton LLP**<br>David C. Ware, Esq.<br>Scott N. Auby, Esq.<br>Colby A. Smith, Esq.<br>555 13th Street, N.W.<br>Washington, D.C. 20004<br>Email: dcware@debevoise.com<br>snauby@debevoise.com<br>casmith@debevoise.com<br><br>**Robertson, Freilich, Bruno & Cohen LLC**<br>Megan Jordan Strickland, Esq.<br>Owen J. McKeon, Esq.<br>One Riverfront Plaza, 4th Floor Newark, New Jersey 07102<br>Telephone (973) 848-2100<br>Fax (973) 848-2138/2139<br><br>*Counsel to Royal Dutch/Shell Transport and Trading Co.*<br><br>VIA ELECTRONIC MAIL | **LeBoeuf, Lamb, Greene & MacRae LLP**<br>Ralph C. Ferrara, Esq.<br>Ann M. Ashton, Esq.<br>1875 Connecticuit Avenue, N.W.<br>Suite 1200<br>Washington, D.C. 20009-5715<br>Email:  rferrara@llgm.com<br>amashton@llgm.com<br><br>Jonathan Richman, Esq.<br>125 West 55th Street<br>New York, NY 10019<br>Email: jrichman@llgm.com<br><br>*Counsel to Royal Dutch Petroleum Company and The "Shell" Transport and Trading Company p.l.c.*<br><br>VIA ELECTRONIC MAIL |

_____
Sharan E. Lieberman
Mayer Brown Rowe & Maw LLP
1909 K Street, NW
Washington, D.C.  20006-1101
alatimer@mayerbrownrowe.com