|  |  |
|---|---|
| August 8, 2006 | Mayer, Brown, Rowe & Maw LLP<br>1909 K Street, N.W.<br>Washington, D.C. 20006-1101<br><br>Main Tel (202) 263-3000<br>Main Fax (202) 263-3300<br>www.mayerbrownrowe.com<br><br>**Sharan E. Lieberman**<br>Direct Tel (202) 263-3470<br>Direct Fax (202) 263-3300<br>slieberman@mayerbrownrowe.com |
| VIA ELECTRONIC FILING | |
| The Honorable Judge Colleen Kollar-Kotelly<br>United States District Court for the District of Columbia<br>333 Constitution Ave., NW<br>Washington, DC 20001 | |
| Re:  In re Royal Dutch/Shell Transport Securities Litigation, Civil Action No. 06-mc-00248 (D.D.C) | |

Dear Judge Kollar-Kotelly:

Pursuant to the Court's order dated June 29, 2006 granting my admission *pro hac vice* on the condition that I submit a certification that I am familiar with the Local Rules of this Court, I have attached the requested certification.

Respectfully,

Sharan E. Lieberman

cc:     Aimée D. Latimer