UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>IN RE ROYAL DUTCH/SHELL<br>TRANSPORT SECURITIES LITIGATION | 1:06-mc-00248<br>(Kollar-Kotelly, J.)<br><br>*Document Filed Electronically* |

### DECLARATION SHARAN E. LIEBERMAN
### IN SUPPORT OF ADMISSION *PRO HAC VICE*

I, Sharan E Lieberman, hereby declare as follows:

1. That I have read and am familiar with the Local Rules of the United States District Court for the District of Columbia and certify that I have experience in federal litigation.

Dated: August 8, 2006

Respectfully submitted,

/s/ Sharan E. Lieberman

Sharan E. Lieberman, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000