UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) <br> ROYAL DUTCH/SHELL TRANSPORT ) <br> SECURITIES LITIGATION ) <br> ) | D.C. M.C. 1:06 mc 00248 <br> (Kollar-Kotelly, J.) |

### NOTICE OF FILING OF PETITION FOR REVIEW OF ORDER ISSUED BY THE SECURITIES AND EXCHANGE COMMISSION

Currently pending before this Court is a motion filed on behalf of Sir Philip B. Watts to compel compliance by the Securities and Exchange Commission (the "SEC") with a subpoena directed to the SEC requiring its attendance at a deposition to be conducted pursuant to Federal Rule of Civil Procedure 30(b)(6).  (See Motion to Compel, filed on May 26, 2006.)  This Notice of Filing is to inform the Court that Watts now has filed a Petition for Review, addressing the same subpoena, in the United States Court of Appeals for the District of Columbia Circuit.

The following summarizes the background to that Petition for Review.  Watts initially served four deposition subpoenas: one on the SEC itself pursuant to Rule 30(b)(6) and three on specific SEC employees.  In response, the SEC General Counsel, acting pursuant to delegated authority, stated that the SEC would not comply with the subpoena.  Watts then filed the motion to compel the SEC to comply with the subpoena of the SEC itself.  The basis of that motion is Federal Rule of Civil Procedure 45.  In addition, Watts petitioned the SEC to reverse the decision of its General Counsel.  The basis of that Petition was the SEC regulations addressing its compliance with subpoenas.  Accordingly, on May 11, 2006, Watts filed a Petition for Review by the Commission pursuant to 17 C.F.R. § 201.430.  On August 1, 2006, the Commission denied Watts' Petition for Review.

On August 21, 2006, Watts filed an appeal of the Commission's Ruling in the United States Court of Appeals for the District of Columbia ("Petition for Review"). (See Exhibit A.) On the same date, Watts also filed with the Court of Appeals a Motion for Expedited consideration of his Petition for Review. (See Exhibit B.) The scope of the Petition for Review is broader than that of the motion to compel. At the same time Watts served the deposition subpoena on the SEC, Watts also served deposition subpoenas on three SEC employees. The General Counsel's decision, the SEC decision, and Watts' Petition for Review by the D.C. Circuit address those subpoenas as well.

Finally, as explained in Watts' Reply In Support of His Motion to Compel (see Part I at 2-10), this Petition for Review does not limit the SEC's obligations pursuant to Federal Rule of Civil Procedure 45. The SEC remains independently obligated to comply with Rule 45 by providing testimony as stated in the Rule 30(b)(6) notice that Watts served with the subpoena.

August 25, 2006

                                          Respectfully submitted,

                                          Joseph I. Goldstein (D.C. Bar No. 412240)
                                          Andrew J. Morris (D.C. Bar No. 411865)
                                          Adriaen M. Morse, Jr. (D.C. Bar No. 483347)
                                          Aimée D. Latimer (D.C. Bar No. 476693)
                                          Sharan E. Lieberman, pro hac vice
                                          MAYER, BROWN, ROWE & MAW LLP
                                          1909 K Street, NW
                                          Washington, D.C. 20006-1101
                                          (202) 263-3000

                                          *Counsel for Sir Philip B. Watts*