## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006, I caused this electronically-filed Notice of Filing of Petition for Review and all accompanying papers, to be served on counsel for the SEC via electronic mail:

>Richard Humes
>Brian G. Cartwright
>Kathleen Cody
>United States Securities and Exchange Commission
>100 F Street NE
>Washington, DC 20549-9612
>
>*Counsel for the SEC*
>
>_____
>Sharan E. Lieberman
>MAYER BROWN ROWE & MAW LLP
>1909 K Street, NW
>Washington, D.C. 20006-1101