UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>ROYAL DUTCH/SHELL TRANSPORT<br>SECURITIES LITIGATION | )<br>)<br>)<br>)<br>)  1:06-mc-00248 (Kollar-Kotelly, J)<br>)  D.N.J. Civ. Action No. 04-374 (JAP)<br>) |

## DECLARATION OF ANDREW J. MORRIS

I, Andrew J. Morris, hereby declare as follows:

I am one of the attorneys representing Defendant Philip B. Watts.

1. Attached to this declaration as Exhibit 1 is a true and correct copy of the subpoena duces tecum, dated February 7, 2006, served by Watts on the Securities and Exchange Commission ("SEC") on February 8, 2006.

2. Attached to this declaration as Exhibit 2 are true and correct copies of the SEC's May 10, 2006 litigation press release and complaint filed in SEC v. Morgan Stanley & Co. Inc., Civ. No. 060882 (D.D.C.).

3. Attached to this declaration as Exhibit 3 is a true and correct copy of the SEC's March 13, 2006 Order in In the Matter of Merrill Lynch, Pierce, Fenner & Smith, Inc.

4. Attached to this declaration as Exhibit 4 is a true and correct copy of Division of Corporation Finance: Current Accounting and Disclosure Issues (June 30, 2000), from www.sec.gov/divisions/corpfin/acctdisc_old.htm.

5. Attached to this declaration as Exhibit 5 is a true and correct copy of Current Issues and Rulemaking Projects (Nov. 14, 2000), from http://www.sec.gov/pdf/cfcr112k.pdf.

6. Attached to this declaration as Exhibit 6 is a true and correct copy of Division of Corporation Finance: Frequently Requested Accounting and Financial Reporting Interpretations and Guidance (Mar. 31, 2001), from www.sec.gov/divisions/corpfin/guidance/cfactfaq.htm.

7. Attached to this declaration as Exhibit 7 are true and correct copies of the relevant pages of the Second Consolidated Amended Class Action Complaint, filed September 19, 2005,

    in <u>In Re Royal Dutch/Shell Transport Securities Litigation</u>, Civ. Action No. 04-374 (D.N.J.).

8. Attached to this declaration as Exhibit 8 is a true and correct copy of the April 21, 2006 letter from the SEC General Counsel's Office to Watts' counsel.

9. Attached to this declaration as Exhibit 9 is a true and correct copy of the December 9, 2003 letter from the SEC Division of Corporation Finance to BP America Inc.

10. Attached to this declaration as Exhibit 10 is a true and correct copy of the February 13, 2004 letter from the SEC Division of Corporation Finance to BP America Inc.

11. Attached to this declaration as Exhibit 11 is a true and correct copy of a PowerPoint presentation given by the SEC in 2000.

12. Attached to this declaration as Exhibit 12 is a true and correct copy the March 12, 2004 <u>TheWall Street Journal</u> article "Tiny SEC Staff Monitors Data on Oil Reserves", by Michael Schroeder.

13. Attached to this declaration as Exhibit 13 is a true and correct copy of the January 9, 2004 letter from the SEC's Division of Corporation Finance to Norsk Hydro A S A.

14. Attached to this declaration as Exhibit 14 is a true and correct copy of the SEC's August 24, 2004 Order in <u>In the Matter of Royal Dutch Petroleum Company and The "Shell" Transport and Trading Co. p.l.c.</u>

15. Attached to this declaration as Exhibit 15 is a true and correct copy of the March 11, 2004 letter from the SEC's Division of Corporation Finance to Total S.A.

16. Attached to this declaration as Exhibit 16 is a true and correct copy of the March 29, 2004 letter from the SEC's Division of Corporation Finance to Exxon Mobil Corp.

17. Attached to this declaration as Exhibit 17 is a true and correct copy of the February 22, 2006 letter from the SEC General Counsel's Office to Watts' counsel.

18. Attached to this declaration as Exhibit 18 is a true and correct copy of the March 1, 2006 letter from Watts' counsel to the SEC General Counsel's Office.

19. Attached to this declaration as Exhibit 19 is a true and correct copy of the March 21, 2006 letter from Watts' counsel to the SEC General Counsel's Office.

20. Attached to this declaration as Exhibit 20 is a true and correct copy of the April 6, 2006 letter from Watts' counsel to the SEC General Counsel's Office.

21. Attached to this declaration as Exhibit 21 is a true and correct copy of the April 3, 2006 letter from the SEC General Counsel's Office to Watts' counsel.

22. Attached to this declaration as Exhibit 22 is a true and correct copy of the September 15, 2006 letter from Watts' counsel to the SEC General Counsel's Office.

23. Attached to this declaration as Exhibit 23 is a true and correct copy of the March 20, 2006 letter from the SEC General Counsel's Office to Watts' counsel.

24. Attached to this declaration as Exhibit 24 is a true and correct copy of the August 16, 2006 letter from the SEC General Counsel's Office to Watts' counsel.

25. Attached to this declaration as Exhibit 25 is a true and correct copy of the June 19, 2006 letter from the SEC General Counsel's Office to Watts' counsel (without enclosures).

26. Attached to this declaration as Exhibit 26 is a true and correct copy of the June 28, 2006 letter from Watts' counsel to the SEC General Counsel's Office.

27. Attached to this declaration as Exhibit 27 is a true and correct copy of the August 1, 2006 letter from Watts' counsel to the SEC General Counsel's Office.

28. Attached to this declaration as Exhibit 28 is a true and correct copy of the July 18, 2006 letter from the SEC General Counsel's Office to Watts' counsel.

29. Attached to this declaration as Exhibit 29 is a true and correct copy of the July 20, 2006 letter from Watts' counsel to the SEC General Counsel's Office.

30. Attached to this declaration as Exhibit 30 is a true and correct copy of the August 11, 2006 letter from Watts' counsel to the SEC General Counsel's Office.

31. Attached to this declaration as Exhibit 31 is a true and correct copy of the April 27, 2006 letter from the SEC General Counsel's Office to Watts' counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____/s/_____
Andrew J. Morris

Executed: October 6, 2006