UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ) ) ) ROYAL DUTCH/SHELL TRANSPORT ) SECURITIES LITIGATION ) ) ) | 1:06-mc-00248 (Kollar-Kotelly, J) D.N.J. Civ. Action No. 04-374 (JAP) |

**[PROPOSED] ORDER**

Having considered the Motion of Sir Philip B. Watts to Compel Compliance by the Securities and Exchange Commission with Rule 45 Subpoena <u>Duces</u> <u>Tecum</u>, Memorandum in Support, the Opposition, the Reply, all other submitted materials, and after oral argument,

IT IS HEREBY

ORDERED that the Motion of Sir Philip B. Watts to Compel Compliance by the Securities and Exchange Commission with Rule 45 Subpoena <u>Duces</u> <u>Tecum</u> shall be, and hereby is, GRANTED, and it is further

ORDERED that, no later than fourteen (14) days from the date of this Order the Securities and Exchange Commission shall comply with the Rule 45 subpoena <u>duces</u> <u>tecum</u> served on February 8, 2006, by:

1) producing all non-privileged documents responsive to Requests 1 and 2 to the extent that the documents post-date Rule 4-10;

2) producing all non-privileged documents responsive to Requests 3 and 4;

3) producing all non-privileged documents responsive to Requests 5, 6, 7, and 8 from 1978 through 1996;

4) providing a privilege log meeting the requirements of Federal Rule of Civil Procedure 45(d)(2);

5) providing a sworn Certification stating:

   (a) With respect to Requests 1, 2, 3, and 4 contained in Watts' subpoena <u>duces tecum</u> served on February 8, 2006 (a copy of which is attached hereto), the SEC has conducted a search of appropriate files located in each location that is reasonably likely to have responsive documents, and has produced all responsive documents except for documents listed on the SEC's privilege log.

   (b) With respect to Requests 5, 7, and 8 contained in Watts' subpoena <u>duces tecum</u> served on February 8, 2006, limited to the 25 entities enumerated in the March 1, 2006 letter from Watts' counsel to Kathleen Cody of the SEC,

   i. the SEC has conducted a search of appropriate files located in each location that is reasonably likely to have responsive documents, and has produced all responsive documents (specifically including all responsive communications with Society of Petroleum Engineers, Total, and Statoil SA) except for documents listed on the SEC's privilege log; and

   ii. the SEC has searched for, and produced responsive form/boilerplate language used by the agency in its communications with oil and gas registrants concerning proved reserve issues.

   (c) With respect to Request 6 contained in Watts' subpoena <u>duces tecum</u> served on February 8, 2006, the SEC has conducted a search of appropriate files located in each location that is reasonably likely to have responsive documents, and has produced all responsive documents except for documents listed on the SEC's privilege log.

   (d) The SEC's Division of Corporation Finance does not:

   i. maintain notes, logs, or other documents that reflect its meetings, discussions, or communications with registrants or other third parties, and has not done so since [SEC to insert date], or

   ii. require employees to maintain notes, logs, or other documents that reflect its meetings, discussions, or communications with registrants or other third parties, and has not done so since [SEC to insert date].

DATE:_____

                                                      _____
                                                      United States District Judge

**Notice Pursuant to Local Rule 7(k)**

Notice of the entry of the Order should be served on the following persons:

Richard Humes
Brian Cartwright
Kathleen Cody
United States Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-9612
*Counsel for the SEC*


Joseph I. Goldstein
Andrew J. Morris
Adriaen M. Morse Jr.
Aimée D. Latimer
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, DC 20006-1101
Telephone: 202-263-3000
Facsimile: 202-263-3300
*Counsel for Sir Philip B. Watts*