# EXHIBIT 9

0000000000-04-002628-1002

December 9, 2003

via U.S. mail

Mr. Daniel B. Pinkert
Corporate Secretary
BP America Inc.
4101 Winfield Road
Warrenville, Illinois 60555

Re: BP p.l.c. and co-registrants
Form F-3 filed November 3, 2003
File No. 333-110203

Form 20-F Annual Report for the period ending December 31, 2002
Filed March 24, 2003
File No. 1-06262

Dear Mr. Pinkert:

We have reviewed your filings and have the following accounting and engineering comments. Legal comments will be forthcoming in a separate letter. Where indicated, we think you should revise your documents in response to these comments. If you disagree, we will consider your explanation as to why our comment is inapplicable or a revision is unnecessary. Please be as detailed as necessary in your explanation. In some of our comments, we may ask you to provide us with supplemental information so we may better understand your disclosure. After reviewing this information, we may or may not raise additional comments.

Please understand that the purpose of our review process is to assist you in your compliance with the applicable disclosure requirements and to enhance the overall disclosure in your filing. We look forward to working with you in these respects. We welcome any questions you may have about our comments or on any other aspect of our review. Feel free to call us at the telephone numbers listed at the end of this letter.

General

1. Where comments on one document or section also relate to disclosure in another document or section, please make parallel changes to all affected disclosure. This will eliminate the need for us to repeat similar comments.

Form F-3

Non-GAAP financial measures

SEC00545

2. We note that you have incorporated your Form 20-F and certain Form

0000000000-04-002628-I002

6-Ks into the Form F-3 by reference. These reports include disclosure of several non-GAAP financial measures that under Regulation G and Item 10(e) of Regulation S-X either may not be appropriate in a Commission filing or require additional reconciliation to a GAAP measure and expanded disclosure. Please either amend these reports or include disclosure in your Form F-3 to comply with current disclosure requirements. Refer to Release Number 33-8176: Conditions for Use of Non-GAAP Financial Measures (http://www.sec.gov/rules/final/33-8176.htm) and Frequently Asked Questions Regarding the Use of Non-GAAP Financial Measures, Questions 1, and 28 to 31 (http://www.sec.gov/divisions/corpfin/faqs/nongaapfaq.htm#foreignpriv ate).

Provide us with a supplemental analysis that identifies each non-GAAP financial measure that you have disclosed in your reports and specifically explains how you have or intend to comply with the requirements of Item 10(e) of Regulation S-K and/or Regulation G. Without limitation, we noted the following non-GAAP measures disclosed in your Form 20-F. Please also address like disclosures reported in your Form 6-Ks incorporated by reference. The "X" denotes that the measure was disclosed and the page reference is identified to the left of the "X":

Acct Pol

Note

Segment
Non- GAAP Measure
Pg
SFD
Pg
Business
Pg
MD&A
Pg
P&L
Pg
Disclosure
Pg
Disclosure

**SEC00546**

0000000000-04-002628-1002

Pg
Disclosure

Total replacement cost operating profit
5
X
 15
 X

X
F-2
X

Replacement cost operating profit before exceptional items
5
X

X

Other Data: Replacement cost operating profit before exceptional
items per share
5
X

SEC00547

*0000000000-04-002628-1002*

X

F-26
X
F-26
X

Total, segment and geographical replacement cost operating profit

18
X

X

F-91
X
E&P segment total replacement cost operating profit

18,19
X

X

F-90
X
Gas, Power & renewable segment total replacement cost operating profit

18, 40
X

X

SEC00548

0000000000-04-002628-1002

F-90
X
Refining & marketing segment total replacement cost operating profit

18, 44
X

X

F-90
X
Global Indicator refining margin

44
X

X

Chemicals segment total replacement cost operating profit

53
X

X

F-90
X
Chemicals Indicator margin

SEC00549

0000000000-04-002628-1002

53
X

X

Other business and corporate replacement cost operating profit

59
X

X

F-90
X
Replacement cost operating profit before exceptional items adjusted
for special items

73
X

Replacement cost operating profit before exceptional items adjusted
for special items per share

73
X

**SEC00550**

0000000000-04-002628-1002

Pro forma result adjusted for special items

73
X

E&P segment total replacement cost operating profit - adjusted for special items

73
X

Gas, Power & renewable segment total replacement cost operating profit - adjusted for special items

73
X

SEC00551

0000000000-04-002628-1002

Refining & marketing segment total replacement cost operating profit
- adjusted for special items


73
X


Chemicals segment total replacement cost operating profit - adjusted
for special items


73
X


Replacement cost Return on capital employed (ROACE) before
exceptional item adjusted for special items and average acquisition
capital employed


76
X


**SEC00552**

0000000000-04-002628-1002

Return on capital employed (ROACE) before exceptional items, interest and minority interest

76
X

Historical Return on capital employed (ROACE) before exceptional items, interest, and minority interest

76
X

Capital expenditures and acquisitions by segment

76
X

Replacement cost of sales

SEC00553

0000000000-04-002628-1002

F-2
X

Replacement gross profit

F-2
X

Replacement cost profit before interest and tax

F-2
X

Replacement cost

F-4

SEC00554

0000000000-04-002628-1002
X

Replacement cost profit per share

F-26
X

Inventory replacement cost balance

F-26
X

Form 20-F annual report for the year ended December 31, 2002

Selected financial information, pages 5 and 6

3. Revise your selected financial information to disclose US GAAP:
(a)  income from continuing operations, income from continuing operations per share,
(b)  the number of shares outstanding and used to calculate earnings per share,
(c)  net assets, and,
(d)  dividends declared per share in both the currency of the financial statements, and the host country currency, including the formula used for any adjustments to dividends declared.
If any of the requested disclosure items are disclosed in your presentation of UK GAAP financial information, and are the same prepared under US GAAP, revise your disclosure to clarify this.

**SEC00555**

0000000000-04-002628-1002

Additionally, we note your disclosure on page F-2 of profit (loss) on the sale of businesses or termination of operations. If this line item only relates to a classification difference between a UK GAAP and Rule 5-03 of Regulation S-X statement of operations, expand your US GAAP reconciliation footnote to identify this as a classification difference. Refer to Item 3.A.2 of Form 20-F.

4. Revise your presentation of UK and US GAAP cash flow measures to include each UK and US GAAP measure rather than selected cash flow classifications to provide the investor with a more balanced presentation. Refer to FRC 202.03.

Business overview and strategy

5. Tell us the nature of your "international gas monetization activities" referred to on page 13 and how you account for them under both UK and US GAAP.

Other businesses and corporate, page 59

6. Explain why you have classified your investments in China as a component of your Other Businesses and Corporate Segment. We note that you refer to these investments as being a "major activity" of your Ethylene business that is part of your Chemicals segment.

Operating and Financial Review and Prospects - page 71

7. Revise your management's discussion and analysis to prominently discuss the historical operating results that do not take into account your replacement cost based measures. We note, for example, that your management's discussion and analysis discussions by segment only address operating results by replacement cost.

8. Expand your management's discussion and analysis to explain what you mean by your page 12 disclosures that you are "biased toward the upstream". Clarify how this bias with respect to your "strategy to create value from a distinctive set of opportunities" is expected to impact the operating results of each operating segment and trends. Specifically address the extent to which future funding of capital improvements or other means of maintaining or developing a particular operating segment could result in historical financial performance differing from future expectations. Additionally, expand your results of operations discussion to explain how your planned investments to create new profit centers and dispositions are expected to impact future results and whether or not the historical trends are expected to be altered.

Exploration and production, page 80

SEC00556

9. Revise your disclosure to explain why the assumptions used to assess your long-lived assets for impairment vary greatly from the assumptions used to calculate your SFAS 69 measures. We expect that

0000000000-04-002628-1002

you will address, without limitation, the dissimilar purposes of an asset impairment test and the SFAS 69 measures, and explain why you assume a lower price than the year-end price.

10. Support your use of a 9% discount rate and confirm that the assumptions used are both reasonable and supportable and consistent with the most up-to-date budgets and plans that have been formally approved by management. Refer to paragraph 36 of FRS 11. Explain why this rate is appropriate, based on your use of a 2.5% rate related to environmental obligations as disclosed on page 94. Expand your disclosure with respect to both rates to explain how the rate was determined. Refer to paragraph 45 of FRS 12.

11. Expand your disclosure to define the term "reserve" and or further clarify the status of the "reserve".

Refining and marketing, page 82

12. Revise your reserve replacement disclosure to clarify what you mean by the term "reserve". Identify the classification of reserves that you are including in the calculation of this measure and the extent to which they differ from proved reserves as defined in Rule 4-10(a) of Regulation S-X. In addition, revise to address the extent to which uncertainties still exist with respect to newly discovered reserves, including, but not limited to regulatory approval, changes in oil and gas prices, the availability of additional development capital and the installation of additional infrastructure. We note that you have not defined this term in your glossary beginning on page 3. Ensure that all references to this measure in the document are also revised.

Chemicals, page 84

13. Expand your management's discussion and analysis to explain the significant difference in the operating margin between 2000, 2001 and 2002.

Liquidity and capital resources

Cash flow, page 88                                                    SEC00557

14. We note your disclosure on page 12 that you "intend to increase [y]our investment, excluding acquisitions, to $14 billion to $14.5 billion in 2003, focusing on creating five material new upstream profit centers". Expand your management's discussion and analysis discussion of liquidity and capital resources to address your expected capital investments for 2003 and future periods. Compare the level of planned funding to prior years and explain how you expect it to be funded. We note your related disclosure on page 20.

15. Expand your management's discussion and analysis to explain how

0000000000-04-002628-1002

the age and decline rate composition of your upstream asset portfolio is expected to impact your cash flows in future periods. Also identify the extent recent changes in the quantity of your proved reserves/capacity (as a result of acquisitions and dispositions) has changed the expected amount and/or timing of cash flows from production/processing and will impact your expected cash flows for the for the next year and beyond.

Contractual obligations, page 90

16. We note that you have disclosed a schedule of contractual commitments.  Expand this schedule to include all of your contractual obligations and commercial commitments, including, but not limited to, employee benefit plans, oil and gas property costs, environmental obligations and commitments and contractual obligations to fund joint ventures and joint venture projects.  Refer to Item 303(a) of Regulation S-K and the Commission's January 2002 Statement About Management's Discussion and Analysis of Financial Conditions and Results of Operations. Refer to Release Nos. 33-8056; 34-45321; FR-61.  We note for example the following:

* $15.9 billion of major projects disclosed on page 20
* $1.8 billion to build a petrochemicals complex near Shanghai on page 55
Continue to update this disclosure in subsequently filed reports for arrangements completed in subsequent periods, such as your acquisition of 50% of TNK-BP.

Critical accounting policies

Adoption of new UK accounting standard, page 93

17. We note your disclosure that deferred tax is measured based on tax rates and laws that are enacted or substantially enacted.  Under US GAAP, tax is measured based on tax rates and laws that are enacted.  Refer to paragraph 27 of SFAS 109 and the Highlights of the International Practices Task Force Meeting Of December 21, 1995.  Restate your reconciliation to US GAAP to reflect this difference, as needed.

Depreciation and amounts provided, page 93

18. We note that you have not identified any differences between your accounting for oil and gas producing activities.  We understand that , under UK GAAP, oil and gas accounting is governed by the June 2001 SORP - Accounting for Oil and Gas Exploration, Development, Production and Decommissioning Activities.  This UK accounting guidance appears to significantly differ from the US accounting guidance provided in SFAS 19.  For example, we note that:

SEC00558

* License acquisition costs that have not been allocated are required to be amortized on a straight-line basis, per SORP paragraph 73, To

the extent that these are significant acquisition costs of unproved
properties they are not amortized under US GAAP until they are either
placed into production or written off.  Refer to paragraph 28 of SFAS
19.

* License acquisition costs that have not been allocated are required
to be amortized and appear to be subject to impairment under FRS 11.
Note that under US GAAP these types of costs, which we assume are
unproved properties, are not subject to impairment accounting under
SFAS 144, but rather paragraph 28 of SFAS 19.

* Note that under US GAAP capitalization of costs associated with
uncompleted wells is generally limited to one year, per paragraph
30(b).  Expand your accounting policy to disclose how you account for
these costs under UK GAAP.

* Capitalized exploratory drilling and development costs appear to be
amortized on a units-of-production basis by reference to quantities
per SORP paragraph 74, while, under US GAAP, these costs are required
to be depreciated using proved developed reserves.  Note that under
US GAAP property acquisitions costs  are required to be amortized
based on total proved reserves, per paragraph 30 of SFAS 19.

* The cost element of the units of production calculation includes
anticipated future field development costs stated at current period-
end unescalated prices, per paragraph 75 of the SORP.  This differs
from US GAAP that states in paragraph 35 of SFAS 19 that "in no case
should future development costs be anticipated".

Please revise your reconciliation to US GAAP to reflect these
differences. .  Expand your critical accounting policy and financial
statement note disclosure to explain in greater detail how you
determine the amount that is subject to depreciation or amortization
and the type of reserve quantities used in your units of production
based depreciation and impairment accounting.

Expand your critical accounting policy disclosure to indicate the
extent to which you assume the renewal of exploration and production
licenses in your calculation of proved reserves.

Impairment of fixed assets and goodwill, page 93

19. Expand your accounting policy discussion to explain how you
evaluate for impairment unproved properties and capitalized costs
associated with uncompleted wells.

Financial statements

Note 1 - Accounting policies

Group consolidation, page F-9

SEC00559

0000000000-04-002628-1002

20. Revise your accounting policy for goodwill to identify the method used to amortize goodwill over its useful life.

Revenue recognition, page F-10

21. Supplementally, tell us where you classify production cost reimbursements made to you when you act as the well operator. Note that for US GAAP these costs should be classified as other revenue. Refer to EITF 00-14.

Note 18 - Acquisitions, page F-28

22. We note your disclosure on page 14 that certain operations acquired in the Veba transaction were not retained. Expand your disclosure to identify the portions of Veba that were not retained, how they are reflected in your purchase price allocation and how they were/are accounted for. Address SFAS 144 for US GAAP.

Note 43 - Contingent liabilities, page F-77

23. Revise your disclosure to include assessments of the likelihood of loss that are consistent with the terms used in paragraph 3 of SFAS 5 for US GAAP and the disclosures required by paragraph 8 and 9 of that standard.

Note 47 - Summarized financial information, page F-84

24. Supplementally, explain whether or not joint ventures and associated undertakings where you own greater than a 50% ownership interest were consolidated for US GAAP. If not, explain why in detail.

Note 50 - US generally accepted accounting principles

a - Group consolidation, page F-94

25. Expand your accounting policy with respect to the use of proportionate consolidation, to identify the legal form of each entity and the nature of the activities in which the entity being proportionately consolidated is engaged. Specifically, clarify, without limitation, what you mean by your disclosure that "this method of accounting applies to certain oil and natural gas activities". Refer to EITF 00-1.

h - Goodwill and intangible assets, page F-100

26. Revise your footnote to provide separate disclosure of the accounting and reporting differences between US GAAP and UK GAAP for goodwill, finite lived intangible assets and infinite lived intangible assets.

SEC00560

27. Revise your disclosure to identify the "various differences in

0000000000-04-002628-1002

the basis of determining goodwill between UK and US GAAP".

28. Clarify, if true, that goodwill, prior to the adoption of SFAS 142, was amortized using the same useful life under UK and US GAAP.

29. We note your page 40 disclosure in your September 30, 2003 interim financial statements. We also note your Form 20-F disclosure on page 61 regarding licenses and your disclosure on page 68 regarding the nature of your property ownership.

Note that if material, you will need to revise your Form 20-F to disclose how you classified your contract based mineral/drilling rights for US GAAP. If you otherwise have to amend your financial statements, this advisory disclosure should be made in: an amendment to your Form 20-F financial statement note disclosures and in management's discussion and analysis, regardless of the amount subject to reclassification. Note that you should continue to provide this advisory in the financial statement notes and management's discussion and analysis in each report that you file that contains US GAAP financial information until this issue is resolved.

We note that you have disclosed this information in your Form 6-K and that the amount disclosed is limited to the amount classified as UK GAAP intangible asset exploration licenses. Revise this disclosure to include the value of all intangible assets and disclose the amount based on US GAAP. Note that the determination of proved reserves has no impact on the classification of an intangible asset for US GAAP. Please also confirm that audit procedures were applied to the amount subject to reclassification prior to its disclosure.

Form 6-K for the period ended September 30, 2003

30. Expand your financial statement notes to disclose the nature and terms of your investment in TNK-BP, how you accounted for it, and how you expect to profit from it. Explain any revenue/equity sharing arrangements that are disproportionate to the voting equity owned. Additionally, expand your management's discussion and analysis to highlight the following:
* That, if true, you are the first international oil and gas company to enter Russia on this scale.

* Indicate whether or not you expect your returns on this investment to be made primarily over the short-term or long-term. Additionally, indicate whether discrete short term and long-term rates of return are comparable with your non-Russian investments. Address the impact changes in oil prices will have on your return on investment.

* Provide some insight into why debt rating agencies and other market participants have downgraded your debt as a result of this transaction.

**SEC00561**

0000000000-04-002628-1002

* Explain, if true, that the other investors in TNK-BP were a party to prior investments in the Russian oil and gas markets where you had considerable difficulty recouping your investment. Indicate whether or not this increases the risk of loss associated with investing with those parties again.

* Indicate whether or not the purchase price was based on proved reserve quantities that extended beyond the existing license terms.

Engineering Comments

Website

31. On your website the February 11, 2003 news release states, "The new combined company will have production of some 1.2 million barrels of oil a day. BP estimates that the oil and gas resources of the new concern are at least 5.2 billion barrels." Only those measures of reserves set forth in Section 4-10(a) of Regulation S-X are permitted in filings with the SEC. If you continue to make references on your website to reserve measures other than those recognized by the SEC, please accompany such disclosure with the following cautionary language:

Cautionary Note to U.S. Investors -- The United States Securities and Exchange Commission permits oil and gas companies, in their filings with the SEC, to disclose only proved reserves that a company has demonstrated by actual production or conclusive formation tests to be economically and legally producible under existing economic and operating conditions. We use certain terms on this web site, such as oil and gas resources, that the SEC's guidelines strictly prohibit us from including in filings with the SEC. U.S. Investors are urged to consider closely the disclosure in our Form 20-F, SEC File No.1-6262, available from us at [address at which investors can request the filing]. You can also obtain this form from the SEC by calling 1-800-SEC-0330.

Please consider defining/explaining the components of this and other such terms in future publications/releases so the investing public can be apprised of your meaning. Note that Instruction 1(b)(ii)to Item 4.D of Form 20-F still generally prohibits disclosure of unproved reserve volumes in documents filed with the Commission.

20-F annual report for the year ended December 31, 2002

CERTAIN DEFINITIONS, page 3

SEC00562

32. Here your definition of proved reserves is an incomplete, truncated version of that in Rule 4-10(a) of Regulation S-X. We consider the concepts contained in the definitions to be information useful to the public. Please amend your document here to include at

least one reference to Rule 4-10(a), paragraphs (2), (2i), (2ii) and (2iii) as the definitions of proved oil and gas reserves. This is available at our website, http://www.sec.gov/divisions/corpfin/forms/regsx.htm#gas.

EXPLORATION AND PRODUCTION, page 19

33. Please amend your disclosure of oil and gas price realizations so that the reader is apprised of the effects of your oil and gas hedging program on the prices you have received in each of the last three years.

Reserves and Production, pages 25-28

34. We note your proved oil and gas reserves disclosure here.

a) Supplementally, submit to us the petroleum engineering reports you used as the basis for your 2002 proved reserve disclosures specified below. The report should include:
* Conventional one-line recaps for at least your major fields as enumerated on pages 24-28. Please separate each field's items into proved developed and proved undeveloped reserves as well as the associated net income and present worth figures.
* Total company summary income forecast schedules for each proved reserve category with proved developed segregated into producing and non-producing properties;
* Individual income forecasts for the largest property - both developed and undeveloped on an equivalent reserve basis - in each of your four major geographic areas.
* Narratives and engineering exhibits (e.g. rate/time plots, volumetric calculations) for the largest 2002 reserve revisions - both negative and positive - caused by performance in each of your major geographic areas. You may contact us for assistance in this or any other matter.

b) Supplementally, tell us if you have aggregated your stochastic reserve estimates. If you did so, tell us the level at which you aggregated and how you insured the independence of the primary variables (e.g. recovery efficiency, drainage volume) at that level. Address how you avoid the inclusion by these Monte Carlo calculations of hydrocarbon volumes that are not allowed by the definitions of proved reserves such as undrilled fault blocks or volumes below lowest known hydrocarbon. Amend your document to disclose that you have aggregated your probabilistic reserve estimates, the resulting increments to your proved reserves and that the aggregation procedures result in enterprise-wide proved reserve volumes which may not be realized upon subsequent divestment on an individual property basis.

c) Affirm to us that you have gas sales contracts for those operating areas (e.g. Rest of World) that are without robust gas markets.

**SEC00563**

0000000000-04-002628-1002

d) We consider the history of oil and gas production license renewals by the pertinent authorities to be a prime consideration in the attribution of proved reserves. If there is an applicable record of non-renewals or no record, we would not consider the attribution of proved reserves past license expiry to be valid without conclusive, unambiguous support. We believe that your share of TNK-BP`s proved reserves to be disclosed in future documents should include only those volumes recoverable before current license expiration. Please either affirm to us that this is so, or amend your proved reserves that are subject to production licenses to delete those estimated to be recovered after the expiration of these current licenses. This comment applies to all other areas where your extraction rights are subject to renewal.

e) Where approval by the host government of a project`s formal, final development plans is required, such approval generally must be accomplished before proved reserves can be validly claimed. Such a plan`s capital expenditure allocation and timing greatly effect the projected production that comprises the claimed reserves as well as the associated cash flows. Without formal approval of the plan by the governing authorities, the estimated future production does not have reasonable certainty of realization and cannot be claimed as proved reserves. Supplementally, affirm to us that you have not claimed significant proved reserves without such approval or amend your document to delete such volumes from your disclosed proved reserves.

f) Amend your proved reserve disclosures so that all your estimates proved reserves subject to production sharing agreements do not differ materially from the volumes that would be calculated by the "economic interest method". This method is discussed under Issues in the Extractive Industries | Definitions of Proved Reserves |Production Sharing Agreements on our website, http://www.sec.gov/divisions/corpfin/guidance/cfactfaq.htm#P279_57537

g) Rule 4-10(a)(4) of Regulation S-X provides that proved undeveloped oil and gas reserves may be attributed to locations not offsetting productive units only "where it can be demonstrated with certainty that there is continuity of production from the existing productive formation (emphasis added)." Supplementally, submit to us a description of the engineering and geologic justification for any PUD reserves you have claimed which is not in legal, technically justified locations offsetting (adjacent to) productive wells. Otherwise, either affirm to us that none of your claimed PUD reserves are attributed to such locations or delete such volumes from your disclosed proved reserves.

h) Although the heading on page 26 specifies natural gas, the subsequent proved reserve units are millions of barrels. Amend your document if it is appropriate.

United States, page 29

SEC00564

0000000000-04-002628-1002

35. You state, "Development expenditure in the USA (excluding pipelines) during 2002 was $3,618 million, compared with $3,723 million in 2001, a decrease of 3%." On page F-78 you state, "Authorized future capita expenditure by group companies for which contracts had been placed at December 31, 2002 amounted to $5,966 million (at December 31, 2001 $4,712 million). Please amend your document in an appropriate place to also disclose the amounts you spent to develop your booked proved undeveloped reserves in each of the three preceding years and the amounts you have included in the year-end 2002 Standardized Measure of Discounted Future Net Cash Flows to develop your booked proved undeveloped reserves in each of the next three years.

Caribbean and Latin America, page 34

36. Here you state, "In Venezuela our four base assets are reactivation projects consisting of two operated properties and two non-operated properties under operating fee agreements to produce oil for the state oil company, Petroleos de Venezuela S.A. (PDVSA)." Supplementally, tell us if you have claimed proved reserves under these agreements. If you did so, tell us the risks you have assumed under these agreements that justify your claim to proved reserves.

Azerbaijan and Russia, page 36

37. Amend your document to clarify the terms "CWP" and "AMEC".

Liquefied Natural Gas, page 38

38. Please amend your document here to disclose the equivalent gas volume at standard conditions for "million tonnes of LNG".

Results of operations for the year ended December 31, page F-87

39. We note your disclosure of historical production costs. Financial Accounting Standard 69, paragraph 27 states "...some expenses incurred at an enterprise's central administrative office may not be general corporate expenses, but rather may be operating expenses of oil and gas producing activities, and therefore should be reported as such." Supplementally, tell us the specific components of your historical production costs including that portion you attributed to such production G&A or overhead in each of the last three years. Explain the level of management (such as field foreman, production manager) that is included in your production G&A. We consider the allocation of no G&A to production costs as incorrect since some supervision is an unavoidable requirement for oil and gas production. We recognize that the level of such supervision varies within the industry. Please consider disclosing your unit production costs and the associated major components such as labor, fuel/power, taxes, supervision, and recurring workovers.

**SEC00565**

Standardized Measure, page F-135

40. Amend your presentation of the standardized measure to disclose your estimated future development costs separately from your estimated future production costs as required by FAS 69, paragraph 30(b).

41. Financial Accounting Standard 69, paragraph 30 specifies that the standardized measure must be based on year-end prices relating to the proved reserves. In the absence of year-end contractual arrangements that are specific to a property, the year-end market price, adjusted for normal differences such as transportation, quality and bonus, should be used. Supplementally, affirm to us that you have complied with these requirements and have not used hedged pricing in your calculation of the standardized measure. If you cannot so affirm, submit a compilation of the effects of your current hedging arrangements on your 2002 standardized measure. In future documents, comply with the requirements of FAS 69. Be advised you may disclose the effects of your hedging program on the standardized measure via an additional line item or footnote. This is addressed at our website, http://www.sec.gov/divisions/corpfin/guidance/cfactfaq.htm#P378_88035

Changes in Standardized Measure, page F-136

42. Your line item, "Development costs incurred during the year", has figures almost identical with the development costs incurred on page F-86. Paragraph 33(g) of FAS 69 specifies this item as "Previously Estimated Development costs incurred during the year". Affirm to us that your estimated and actually incurred development costs for each of the three prior years were within 1.5%. Otherwise, comply with these requirements of FAS 69 in future documents.

Closing Comments

As appropriate, please amend your registration statement and Form 20-F in response to these comments. Within 10 business days, please amend the Form 20-F annual report or tell us when you will do so. You may wish to provide us with marked copies of the amendments to expedite our review. Please furnish a cover letter with your amendments that keys your responses to our comments and provides any requested supplemental information. Detailed cover letters greatly facilitate our review. Please understand that we may have additional comments after reviewing your amendments and responses to our comments.

SEC00566

We direct your attention to Rules 460 and 461 regarding requesting acceleration of a registration statement. Please allow adequate time after the filing of any amendment for further review before submitting a request for acceleration. Please provide this request

0000000000-04-002628-1002

at least two business days in advance of the requested effective date.

Please direct questions regarding accounting issues and related disclosures to Jill Davis at (202) 942-1996, or in her absence to Barry Stem, Senior Assistant Chief Accountant, at (202) 942-1919. Direct all questions regarding engineering comments to Ronald Winfrey, Petroleum Engineer, at (202) 942-1778. Direct questions relating to all other disclosure issues to Alex Shukhman, at (202) 942-2872 or, in his absence, to the undersigned at (202) 942-1896. Direct all correspondence to us at the following ZIP code: 20549-0405.

Sincerely,

H. Roger Schwall
Assistant Director

cc: via facsimile
Diego Parise, Esq.
Sullivan & Cromwell LLP
(212) 558-3036

J. Davis
B. Stem
A. Shukhman
R. Winfrey
BP p.l.c.
December 9, 2003
page 15

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549-0405

DIVISION OF
CORPORATION FINANCE

**SEC00567**