# EXHIBIT 10

0000000000-04-004061-1002

February 13, 2004

via U.S. mail

Mr. Daniel B. Pinkert
Corporate Secretary
BP America Inc.
4101 Winfield Road
Warrenville, Illinois 60555

Re: BP p.l.c. and co-registrants
Form F-3 amended January 12, 2004
File No. 333-110203

Form 20-F Annual Report for the period ending December 31, 2002
Filed March 24, 2003
File No. 1-06262

Dear Mr. Pinkert:

We have reviewed your correspondence dated January 12, 2004 and the above filings and have the following comments. Where indicated, we think you should revise your documents in response to these comments. If you disagree, we will consider your explanation as to why our comment is inapplicable or a revision is unnecessary. Please be as detailed as necessary in your explanation. In some of our comments, we may ask you to provide us with supplemental information so we may better understand your disclosure. After reviewing this information, we may or may not raise additional comments.

Please understand that the purpose of our review process is to assist you in your compliance with the applicable disclosure requirements and to enhance the overall disclosure in your filing. We look forward to working with you in these respects. We welcome any questions you may have about our comments or on any other aspect of our review. Feel free to call us at the telephone numbers listed at the end of this letter.

General

1. Where comments on one document or section also relate to disclosure in another document or section, please make parallel changes to all affected disclosure. This will eliminate the need for us to repeat similar comments.

Form F-3

Validity of Securities - page 47

**SEC00568**

2. Please clarify in further detail the nature of the limitations on

0000000000-04-004061-1002

actions.

20-F annual report for the year ended December 31, 2003

General

3. Provide us with the proposed disclosure responsive to each of our prior and current comments. We will issue further comments after reviewing your proposed disclosure.

Information on the Company

Environmental Protection - page 62

4. We note your response to prior comment 28 of our letter dated December 10, 2003. Please include the provided definition in your disclosure.

Operating and Financial Review and Prospects - page 71

5. We note your response to prior comment 31 of our letter dated December 10, 2003. However, whenever your disclosure identifies a particular change as having occurred as a result of multiple factors, it does not identify the quantitative significance of each factor. We therefore reissue prior comment 31. See Item 5.A.1 of the Form 20-F. We also refer you to SEC Interpretative Release No. 33-8350, Commission Guidance Regarding Management`s Discussion and Analysis of Financial Condition and Results of Operations (Dec. 19, 2003).

6. We note your response to prior comment 32 of our letter dated December 10, 2003. However, in order for shareholders to appreciate the nature of any charges, whether recurring or unusual and infrequent, an investor must know the nature of the charge in sufficient detail. Therefore, please describe or cross-reference the nature of any environmental charges and settled litigations in your MD&A disclosure.

Please also understand that while additions to remediation provisions are a product of periodic reassessment of your new and old liabilities, that this explanation does not provide shareholders with a meaningful explanation of the basis for the additional remediation charges. Therefore, to the extent that any additional charges regarding reserves for environmental remediation are material, please quantify and describe such "charges" in more detail.

Dividends and Share Repurchases - page 78

SEC00569

7. We note your response to prior comment 34 of our letter dated December 10, 2003. Please include the described dividend policy in your disclosure. Also, explain to shareholders the role of share repurchases in that policy.

0000000000-04-004061-1002

Legal Proceedings - page 125

8. Please revise your disclosure to explain the significance of the claims as noted in the second sentence of your response to prior comment 40 of our letter dated December 10, 2003.

Accounting comments

Form F-3

9. Update your Form F-3 to include disclosure of recent events. Refer to Item 5(a) of Form F-3. For example we note that you have:

* Announced your December 31, 2003 year end financial results.
* Announced that you sold your equity stake in Sinopec.
* Announced your quarterly dividend.

Form 20-F for the year ended December 31, 2002

Non GAAP measures

10. We have reviewed your response to prior accounting comment number 2 and note the disclosures changes that you did implement in the information reported in your Form 6-K for the period ended September 30, 2003. Please address each of the following:

(a) Supplementally provide us with your detailed calculations of the replacement cost basis. We expect that your response will also explain how you track the replacement cost and explain whether or not you maintain records of inventory pools, as well as, how you calculate the impact of inflation and foreign currency changes. Compare and contrast your determination of replacement cost with what is required to determine LIFO basis. We may have further comment.

(b) Explain in detail why you believe you are able to calculate a measure with sufficient precision to enable to conclude that it is comparable to LIFO. Address the extent to which you are able to monitor whether or not your replacement cost measure is comparable to LIFO without having actual results that are calculated on a LIFO basis.

(c) We note that you believe that the replacement basis permits you to compare your results with those of companies that use LIFO.

* Explain how this is possible given that the replacement basis information disclosed is prepared under UK GAAP, when not all of your competitors prepare their results under UK GAAP.

**SEC00570**

* Address the impact your internal policies with respect to the level of inventory balances that you maintain and the frequency with which your inventories turn has on the amount of inventory holding gains

0000000000-04-004061-1002

and losses. Explain also how you are able to compare your replacement cost basis to a competitor's results prepared under LIFO given that their internal policies will differ from your own and the extent to which are or are not able to reliably determine the impact of the differences.

Selected financial information, pages 5 and 6

11. We have reviewed your response to prior accounting comment numbers 3 (b), (c) and (d) and 4. Tell us when you intend to comply with the comment.

Operating and financial review and prospects, page 71

Management's discussion and analysis

12. We have reviewed your response to prior comment number 2 and 7 and your Management's Discussion and Analysis disclosed on your September 30, 2003 Form 6-K. While you have provided additional historical operating results discussion and analysis, we continue to believe that your Management's Discussion and Analysis needs to be further revised such that the historical results are the primary source of your discussion. We may have further comment regarding your presentation and characterization of the replacement cost measures.

13. We have reviewed your response to prior accounting comment number 8. Tell us when you intend to comply with the comment and provide us with your proposed disclosure.

Exploration and production, page 80

14. We have reviewed your response to prior accounting comment number 9. Tell us when you intend to comply with the comment and provide us with your proposed disclosure. Specifically address paragraph 77 of SFAS 69 in your response.

15. We have reviewed your response to prior accounting comment number 10. Explain why you have used an unadjusted pre-tax weighted average cost of capital as the discount rate. It is our understanding that FRS 11.41 requires the use of a discount rate that is an estimate of what the market would expect on an equally risky investment and that excludes the effects of any risk for which the cash flows have been adjusted. We further note that FRS11.42 identifies rates that are based on a weighted average cost of capital but are either required to have cash flows have similar risk profiles to those of the income-generating unit or are adjusted for the particular risks associated with the income-generating unit. Additionally, tell us the rate that you use for your US GAAP impairment analysis. Refer to paragraph 23 of SFAS 144.

16. We have reviewed your response to prior accounting comment number

SEC00571

0000000000-04-004061-1002

12. As previously requested, expand your disclosure when discussing the replacement ratio to explain to investors the status of the reserves that have been added (e.g., proved developed vs. proved undeveloped). In addition, as previously requested, expand your disclosure to emphasize the extent to which uncertainties still exist with respect to newly discovered reserves, including, but not limited to regulatory approval, changes in oil and gas prices, the availability of additional development capital and the installation of additional infrastructure. Finally, indicate the time horizon of when the reserve additions are expected to be produced to give the financial statement user an indication as to when these reserve additions could ultimately be converted to cash inflows. Tell us when you intend to comply with the comment and provide us with your proposed disclosure.

Chemicals, page 84

17. We have reviewed your response to prior comment number 13 and note that you did not address our comment. As previously requested, expand your Management's Discussion and Analysis to explain the significant differences in the segment historical cost profit (loss) before interest and tax between 2000, 2001 and 2002. We note from your disclosure on pages F-90 and F-91 that your historical cost profit (loss) before interest and tax has fluctuated significantly from one year to the next for all of your reported segments. Accordingly, expand your Management's Discussion and Analysis discussion of segment results to describe your historical operating trends, whether or nor your historical results routinely fluctuate from one period to the next and the extent to which your past operations can reliably provide predictive value of your future segment prospects. We may have further comment.

Schedule of Historical cost profit (loss) before interest and tax (F-90)

The year ended December 31,

2002

% Inc (Dec)

2001

% Inc (Dec)

2000

SEC00572

0000000000-04-004061-1002

Chemicals

$285

180%

($357)

156%

$641

Exploration and production
$8,483

32%

$12,550

11%

$14,095

SEC00573

0000000000-04-004061-1002

Gas, Power & Renewable
$1,956

-381%

$407

25%

$545

Refining and Marketing
$2,534

-3%

$2,461

41%

$4,204

Other

($715)

SEC00574

0000000000-04-004061-1002

-100%

($357)

58%

($858)

Liquidity and capital resources

Cash flow, page 88

18. We have reviewed your response to prior comment number 14.  Tell us when you intend to comply with the comment and provide us with your proposed disclosure.

19. We have reviewed your response to prior comment number 15 and understand your position.  However, we continue to believe this information is essential for an investor to understand your near term cash flow prospects.  It also appear essential for an understanding how you are able to balance and manage your oil and gas property portfolio with its mix of aging properties with declining cash flows and the risks of bringing new production on line within the originally scheduled time horizons.  Accordingly we reissue comment 15 in its entirety:

Expand your management`s discussion and analysis to explain how the age and decline rate composition of your upstream asset portfolio is expected to impact your cash flows in future periods.  Also identify the extent recent changes in the quantity of your proved reserves/capacity (as a result of acquisitions and dispositions) has changed the expected amount and/or timing of cash flows from production/processing and will impact your expected cash flows for the for the next year and beyond.

Critical accounting policies

Adoption of new UK accounting standard, page 93

20. We have reviewed your response to prior comment number  17.  Revise your disclosure to state, as you have indicated in your response, that your deferred income tax was calculated using enacted rates and remove the reference to substantially enacted.

Financial statements

Note 1 - Accounting policies

Revenue recognition, page F-10

SEC00575

21. We have reviewed your response to prior comment number 21 and note that you did not address how you classify reimbursements on your

0000000000-04-004061-1002

statement of operations. Note that amounts received from third parties for the reimbursement of oil and gas production expenses, including well maintenance overhead costs, should be classified as a component of revenue. This presentation may be made as either a separate line item or reported in a combined revenue line time with a parenthetical note to the revenue line item that discloses the amount of reimbursements for each period reported. We would also expect the related actual oil and gas production costs incurred on behalf of a 3rd party to be reported apart from your production expense or reported within your production expense with the amount incurred for each period reported in a parenthetical note to the production expense line item caption. Note that reimbursements and the related costs should not be included in the amounts required to be disclosed by SFAS 69. Refer to EITF 01-14 and Rules 5-03(b)1 and 2 of Regulation S-X.

Note 47 - Summarized financial information, page F-84

22. We have reviewed your response to prior comment number 24. Expand your disclosure to identify how you account for these more significant joint ventures and to explain in detail why they are not consolidated. We may have further comment.

Note 50 - US generally accepted accounting principles

h - Goodwill and intangible assets, page F-100

23. We have reviewed your response to prior comment number 26. Tell us when you intend to comply with the comment and provide us with your proposed disclosure.

24. We have reviewed your response to prior comment number 27. Tell us when you intend to comply with the comment and provide us with your proposed disclosure.

Form 6-K - Financial information for the nine months ended September 30, 2003

25. We have reviewed your response to prior comment number 28. As previously requested, revise this disclosure to include the value of all intangible assets and disclose the amount based on US GAAP.

26. We have reviewed your response to prior comment number 30. As previously requested, indicate whether discrete short-term and long-term rates of return are comparable with your non-Russian investments. Additionally, tell us when you intend to comply with the comment and provide us with your proposed disclosure.

Capital expenditure and acquisitions

27. We note your response to prior accounting comment number 2.

SEC00576

0000000000-04-004061-1002

Disclose how this measure is calculated and reconcile the amounts reported to the information reported in your historical financial statements. We may have further comment.

## Engineering Comments

### 2-11-04 BP News Release

28. We note your statement "Lord Browne said that BP recognised reserves as "proven" at the final investment decision for a project and rarely earlier. Decisions relating to more than 25 million barrels require authorisation by an independent central team." Supplementally, describe to us the life cycle of your disclosed proved reserve estimates and the methods you use to control their quality. Address the management level at which final booking decisions are made, e.g. profit centers, corporate headquarters.

### 2-12-04 TNK-BP News Release

29. We note your statement with regard to your Russian proved reserves, "We, like other Russian companies, believe there is a process, a track record of extending and renewing licenses, so we characterize our reserves under what we think the production profiles would be like." Supplementally, support your belief regarding a "track record" for Russian production license renewals. As a minimum, please compare the number of term licenses renewed to the number in effect over each of the last three years. Include the local area covered by the renewals.

### Form 20-F

EXPLORATION AND PRODUCTION, page 19

30. In response 33 to our letter dated December 9, 2003, you state you do not engage in any oil and gas hedging activity. Please amend your document so the reader is informed that your "realizations" are not affected by any hedging contracts.

Reserves and Production, pages 25-28
Supplementary Oil and Gas Information, pages F-127 to F-139

SEC00577

31. Financial Accounting Standard 69, paragraph 12 states, "[F]oreign geographic areas are individual countries or groups of countries as appropriate for meaningful disclosure in the circumstances." The proved reserve figures in your current areas range from .006 of your total (Rest of Europe gas) to .60 (Rest of World gas). This hundred fold difference seems to us to be prima facie evidence that your foreign geographic areas should modified. We note your disclosure of

0000000000-04-004061-1002

historical production by major fields within foreign countries. Please amend your document to also disclose your proved developed and proved undeveloped reserves by country, but retaining your current format for U.S. volumes. You may contact us for assistance in this or any other matter.

32. In your response 34(a) to our letter dated December 9, 2003, you state that you maintain only combined - proved developed with proved undeveloped - cash flow models and do not maintain separate PUD models.

a) Supplementally, tell us how you determine that a project's claimed PUD reserves justify the required capital expenses. Address whether you make this determination on a year to year basis.

b) Explain your system for maintaining your proved reserve estimates in proved developed and proved undeveloped categories.

33. Amend your document to disclose whether you have a reserves committee in your corporate structure.

34. If you provide compensation bonuses to management for accomplished proved oil and gas reserve targets, amend your document to disclose the process, personnel involved and compensation figures.

35. Instruction 1(a) for Item 4.D of Form 20-F requires registrants to "Provide material information about production, reserves, locations, developments and the nature of your interest (emphasis added)". To this end, please amend the format of your 2002 proved reserve disclosures to present separately: the first year's (2003) projected oil and gas sales volumes; the total for the projected volumes for the remaining successive years; the sum of the former and latter. Disclose all three figures for each of your geographic areas.

36. Supplementally, expand the summary income forecasts and net cash flow forecasts in your attachments C and D, respectively, to include annual projections for: 8/8ths oil and gas production; net oil and gas sales volumes; oil and gas prices; gross revenues; production costs; capital costs; production/ad valorem taxes.

37. We have examined of Tables 1 and 2 in your supplemental Attachment B - proved reserves figures for your major oil and gas fields on pages 24-28 in Form 20-F. It appears that the sum of the field figures is less than half of that for the total group: - 7.7 BBOE/15.7 BBOE = .49. Please explain the location of the remainder of your reserves. Include the proved reserve figures for Australia as it appears to have been omitted.

38. Your response 34(b) to our letter dated December 9, 2003 indicates you have utilized the operator's proved reserve estimates for your Northwest Shelf properties. Supplementally, provide us with

SEC00578

0000000000-04-004061-1002

the report on the referenced Miller and Lents review. Tell us any other significant properties for which you have adopted the proved reserve estimates of others.

39. Your response 34(c) to our letter dated December 9, 2003 indicates you have booked Australian proved gas reserves beyond the life of the sales contracts. Supplementally, tell us the portion of these claimed proved reserves that are not contracted. Explain which markets are currently available to these uncontracted volumes. Be advised that we require compelling evidence of established, robust gas market capacity for such volumes.

40. You have also booked proved gas reserves in Trinidad without firm gas sales contracts. Generally, we object to such premature claims of proved reserves for those situations where a gas sales contract is necessary for a project to proceed. Affirm to us you will not claim proved reserves without an executed contract in such situations in future documents.

41. In response 34(d) to our letter dated December 9, 2003, it appears you have given consideration to "projected domestic gas demands" in your attribution of proved gas reserves in Indonesia. Be advised only current markets are acceptable for the attribution of proved reserves. Supplementally, tell us how the history of renewal of your production sharing agreements by the Indonesian government supports your claim to proved reserves in the Terang/Sirasun project.

42. Your response 34(g) to our letter dated December 9, 2003 indicates that you have claimed proved undeveloped reserves for locations that were not adjacent to productive wells. The statistics for your 2002 development drilling is an example of sampling without replacement and cannot necessarily be relied upon as assurance of future performance. Generally, we have not accepted support for the certainty of "continuity of production" without compelling evidence of pressure communication. Affirm to us that, in future documents, you will claim only:

a) PUD reserves attributed to technically and legally justified locations that are adjacent to productive wells;

b) Those volumes as proved reserves that are above the lowest known oil or below highest known gas as determined by well penetration and assessment.

43. Supplementally, describe your "Complexity Index" vs. recovery factor benchmarking process. Tell us your criteria and procedures for (and the results of) the attribution of water drive recovery to a field before actual realization evidence of pressure support with production.

**SEC00579**

44. Amend your document to disclose the Gulf of Mexico fields where you have claimed proved reserves prior to production flow testing.

0000000000-04-004061-1002

You should describe the technical data you did obtain and its role in providing the required reasonable certainty of commercial recovery.

Finding and development costs, page 80

45. Please amend your document to define "finding and development costs". Address whether you include revisions of proved reserves in these calculations.

Results of operations for the year ended December 31, page F-87

46. In your response 39 to our letter dated December 9, 2003, you state that your unit lifting costs have been disclosed on page 80. Production costs have a singular meaning in the context of public disclosure, i.e. lease operating expense (or lift cost) plus production/ad valorem/severance taxes plus appropriate gathering/transportation costs plus applicable insurance plus producing well overhead. We require that production costs - whether historical or projected - have the same components in all documents filed with the Commission. Of course, the value of those components will vary. Please amend your document to:

a) Describe the components of your production cost;

b) Disclose historical unit production costs for each of your geographic areas.

47. Supplementally, affirm to us that the roster of components in your projected production costs - used in the standardized measure - is the same as that for your historical costs. Note that Financial Accounting Standard 69 includes production tax as a production cost component. Please consider including the production tax component as part of your production cost disclosure.

48. We would expect the 2002 historical unit LOE or lift costs for properties producing at year-end to be very similar to the 2003 projected costs for the same properties.

a) Please affirm that this is the case or explain any significant systematic differences.

b) Provide to us the lift costs - unit and total - you projected in 2003 for those properties that were producing at year-end 2002 for each of your areas.

c) Supplementally, tell us if you have reduced your operated well overhead costs by the COPAS reimbursements for your U.S. operated properties. With regard to reconciliation with U.S. GAAP, we believe that EITF 01-14 requires that amounts received for cost reimbursements should be presented gross as revenues, rather than be offset against the costs.

SEC00580

0000000000-04-004061-1002

d) Supplementally, tell us how oil and gas transportation costs are incorporated in your historical and projected production costs and/or period end product prices. Be advised that in our view, transportation costs should be reflected in either the prices you are paid or the costs you incur.

Standardized Measure, page F-135

49. Paragraph 30 of FAS 69 requires the use of year-end oil and gas prices in the estimation of proved reserves and the associated standardized measure. In your response 41, you affirmed you did not use hedged pricing in your calculations. Please also affirm to us that you have used year-end prices to estimate your proved reserves and standardized measure. Amend your document to disclose the average of these year-end prices for each of your geographic areas. If you have used "planning prices" or other substitutes for year-end pricing, submit a compilation of the effects of these surrogates on your 2002 proved reserve estimates and standardized measure. In future documents, comply with the requirements of FAS 69.

Closing Comments

As appropriate, please amend your registration statement and Form 20-F in response to these comments. You may wish to provide us with marked copies of the amendments to expedite our review. Please furnish a cover letter with your amendments that keys your responses to our comments and provides any requested supplemental information. Detailed cover letters greatly facilitate our review. Please understand that we may have additional comments after reviewing your amendments and responses to our comments.

We direct your attention to Rules 460 and 461 regarding requesting acceleration of a registration statement. Please allow adequate time after the filing of any amendment for further review before submitting a request for acceleration. Please provide this request at least two business days in advance of the requested effective date.

Please direct questions regarding accounting issues and related disclosures to Jill Davis at (202) 942-1996, or in her absence to Barry Stem, Senior Assistant Chief Accountant, at (202) 942-1919. Direct all questions regarding engineering comments to Ronald Winfrey, Petroleum Engineer, at (202) 942-1778. Direct questions relating to all other disclosure issues to Alex Shukhman, at (202) 942-2872 or, in his absence, to the undersigned at (202) 942-1896. Direct all correspondence to us at the following ZIP code:  20549-0405.

Sincerely,

**SEC00581**

0000000000-04-004061-1002

H. Roger Schwall
Assistant Director


cc: via facsimile
Diego Parise, Esq.
Sullivan & Cromwell LLP
(212) 558-3036

J. Davis
B. Stem
A. Shukhman
R. Winfrey
E. Staffin (OICF)

BP p.l.c.
February 13, 2004
page 12


UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549-0405

DIVISION OF
CORPORATION FINANCE

SEC00582