# EXHIBIT 11

SPE
Conference
2000

SEC00600

# SEC Mission and Objectives

- Administer federal securities laws and issue rules and regulations to provide protection for investors and ensure the securities markets are fair and honest.
- Promote full and effective disclosure to the investing public.
- SEC does not conduct merit reviews and does not guarantee the value or merit of an investment or merger.

SEC00601

# SEC Mission and Objectives (continued)

- SEC cannot prohibit the sale of securities of questionable value. However, full disclosure must be made.
- The investor must make the ultimate judgment of the worth of any securities offered for sale.
- The SEC definition of proved reserves meets our objectives of full disclosure of reserves to the investing public.

SEC00602

# SEC Definition of Proved Reserves (in part)

Estimated quantities of crude oil, natural gas, and natural gas liquids which geological and engineering data demonstrate with reasonable certainty to be recoverable in future years from known reservoirs under existing economic and operation conditions……

SEC00603

# Reasonable Certainty

- If a revision is needed in the future, it will be much more likely to be upward rather than downward.

- There is no distinction between the reasonable certainty needed for developed versus undeveloped reserves.

- Therefore, to meet the requirement of reasonable certainty in situations with less data, such as PUDs, your estimate should be conservative to ensure future revisions will be positive.

SEC00604

# Reserve Determination Problems Seen By the SEC

- Reserves which are too optimistic based on the supporting data (typically PUDs).
- Reserves being declared proved when no sales market exists.
- Scheduling of reserves which extend beyond the term of foreign licenses.
- Companies which don't have the resources to develop the reserves they have booked as proved.

SEC00605

# Reserves Which Are Not Reasonably Certain

- Reserve estimates based on the most likely estimate or what the reserve engineer thinks it will do.
- Reservoir simulation or material balance which have little or no history match for validation.
- Recovery efficiencies which are in the maximum range for an assumed drive mechanism.
- Initial production forecasts of PUDs or new wells which are held at high constant rates for long periods of time with little justification.

SEC00606

# No Sales Market Established

- If there is no pipeline they are stranded reserves. Not proved until:

1) an approved sales contract exists;

2) pipeline and facilities are built.

SEC00607

# Reserves Beyond the Terms of Foreign Licenses

- Proved reserves are only those reserves which you have an interest in and a legal right to produce at the effective time the estimate is made.
- Reserves must be recovered within the terms of the license or contract.
- If a foreign country has not issued a declaration of commerciality, the operator may only have a right to produce for short term test periods.

SEC00608

# Companies That Do Not Have the Capital to Develop

- Smaller companies make less than world class discoveries, or exploration and/or development costs are higher than expected.
- Finding partners to share in the costs or outside financing are less than reasonably certain.
- Unless there is a practical plan to overcome these barriers the SEC does not consider these situations to qualify as proved reserves.

SEC00609

# Probabilistic Reserve Determinations

- The limiting criteria in the SEC reserve definitions, such as LKH, are still in effect.
- More potential for confusion by the inclusion of large less certain volumes of probable and possible reserves. We may require more supporting information.
- Can result in larger estimates than simple addition would yield. We require a straight forward reconciliation for financial reporting purposes.

# Summary

- The SEC definition of proved reserves meets our objectives of full disclosure of proved reserves that are reasonably certain of being recovered.

- Reasonable certainty means it is much more likely that a revision will be upward.

- To meet the reasonable certainty requirement, a conservative approach should be taken for estimates with little data.

- Reasonable certainty is more than just the technical consideration that reserves are recoverable.

SEC00611

# For More Information

www.sec.gov/offices/corpfin/acctdisc.htm

Scroll down to: **Issues in the Extractive Industry – Definition of Proved Reserves**

Jim Murphy: murphyja@sec.gov
202-942-2939

Ron Winfrey: winfreyr@sec.gov
202-942-1778

SEC00612