# EXHIBIT 13



DIVISION OF
CORPORATION FINANCE

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549-0405

January 9, 2004

**Via Facsimile and U.S. Mail**

Eivind Reiten
President and Chief Executive Officer
Norsk Hydro A S A
Kingdom of Norway
Bygdøy allé 2
N-0240 OSLO 2
Norway

      Re:   Norsk Hydro A S A
              Form 20-F for fiscal year ended December 31, 2002
              Filed March 17, 2003
              File No. 033-61360

Dear Mr. Reiten:

      We have reviewed your filing and have the following comments. Where indicated, we think you should revise your document in response to these comments. If you disagree, we will consider your explanation as to why our comment is inapplicable or a revision is unnecessary. Please be as detailed as necessary in your explanation. In some of our comments, we may ask you to provide us with supplemental information so we may better understand your disclosure. After reviewing this information, we may or may not raise additional comments.

      Please understand that the purpose of our review process is to assist you in your compliance with the applicable disclosure requirements and to enhance the overall disclosure in your filing. We look forward to working with you in these respects. We welcome any questions you may have about our comments or on any other aspect of our review. Feel free to call us at the telephone numbers listed at the end of this letter.

<u>General</u>

1.   Provide us with independent supplemental support for the assertions that appear here, in your Form 20-F and in the annual report regarding your status as "the world's largest producer of primary magnesium," and "a world market leader, in terms of production, for high purity aluminum products," and "world leader in ammonia." Clarify in context what you mean to convey by leader; for example, are you referring only to market position and market share?

**SEC00457**

Eivind Reiten
Norsk Hydro A S A.
January 9, 2004
Page 2

<u>Part I</u>

<u>Selected Consolidated Financial Data, page 5</u>

2.  We note that you have restructuring charges in a credit amount for 2002.  Please tell us, on a supplemental basis, the reason for the credit.  In addition, please provide in a footnote to the income statement data, the reason(s) for the restructuring charge.

3.  We note in footnote two that as of fiscal year 2000, operating revenues for *certain trading activities* have been presented on a gross basis in the income statement.  Please briefly describe these trading activities in the footnote.

<u>Item 3.D. Risk Factors, page 9</u>

4.  Phrases such as "adversely affect" or "materially adversely affected" are used throughout the risk factor section and other sections.  Please revise to add disclosure describing and expressing the specific and immediate effects to the investors.

5.  Many of your risk factors could apply to any company within your industry classification.  Please specifically tailor your captions and the text so that they apply to your company in particular.

6.  Please revise your risk factors to delete the generic prediction that you "cannot assure" your investors of various items.  Instead, disclose the conditions, events, uncertainties or contingencies that cause you to be unable to assure your investors of future results and outcomes.

<u>Hydro's expansion of business activities in emerging and transitioning markets…, page 10</u>

7.  You state in the heading that Hydro's expansion of business activities in emerging and transitioning markets present a higher degree of risk.  Please clarify the impact this degree of risk will have an affect on.  For instance, the higher degree of risk could impact net operating income or market share.  Please revise.

<u>Hydro is exposed to market and credit risk in its general business operations, page 10</u>

8.  We note that all of Hydro's operating activities extend credit in the normal course of business.  Please provide the period of time that constitutes an extended credit in the normal course of business.

9.  We note that you also "enter into long term contracts to secure the price and availability of raw materials."  Please disclose the time frame that constitutes long-term contracts.

10. We note your last sentence in this risk factor.  Please disclose for the last fiscal year the percentage of bad debts from defaulting counter parties, if any.

SEC00458

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 3

Hydro is exposed to the effects of dumping of products by competitors…, page 10

11. We note that you are subject to the disruptive effects of dumped or subsidized products in markets by producers engaging in unfair competition. Please disclose whether this has occurred in the past and if so, the impact to the company and its competitive position.

Hydro may incur material costs to comply with, or as a result of, page 11

12. Please identify here or in another section the principal environmental laws that impact your operations. If you provide this information elsewhere, please provide a cross-reference to the detailed discussion.

13. Please disclose what the acronym NCS stands for when you first use the acronym.

14. Please tell us on a supplemental basis, whether you have been subject to the strict statutory liability as a result of pollution. If so, please tell us whether you accrue for such losses or damages each year.

Fluctuations in currency exchange rates may cause Hydro's financial results to decline, page 11

15. The last sentence mitigates the risk you discuss. Revise this section to eliminate all mitigating language.

The ability of US Shareholders to initiate legal action against the Company…, page 16

16. We note your risk factor, please consider providing the following information:

- Effect service of process within the United States on you or any of your non-U.S. resident executive officers or directors named in your registration statement;
- Enforce judgments obtained in U.S. courts based on the civil liability provisions of the U.S. federal securities laws against you or any of your non-U.S. residents executive officers or directors you have named in your registration statement;
- Enforce judgments of U.S. courts based on civil liability provisions of the U.S. federal securities laws in the Norwegian court against you or any of your non-U.S. resident executive officers or directors named in your registration statement; and
- Bring an original action in the Norwegian court to enforce liabilities based on the U.S. federal securities laws against you or any of your non-U.S. resident executive officers or directors named in your registration statement.

Item 4.A. History and Development of the Company, page 17

17. We note that over the three-year period ending December 31, 2002, Hydro had several acquisitions. Please provide the total purchase prices for each acquisition in US Dollars.

SEC00459

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 4

18. We note that you have entered into an agreement with the Norwegian state to purchase interest in eight oil and gas licenses on the Norwegian Continental Shelf. Please disclose the range in which these interests will expire.

## Growing Exploration and Production Activities, page 19

19. We note that the "[t]otal oil and gas production in 2002 was 480,000 boed, an increase of 14 percent from 2001" and that you anticipate "a total production of 510,000 boed in 2003, an increase of 6 percent." Please disclose the reason(s) for the increase in the production.

## Cost improvements, page 21

20. Identify the "independent benchmarking" that placed you in the top quartile. Provide us with a copy, with the relevant section(s) highlighted.

21. Please tell us, on a supplemental basis, how the transaction with Statoil involving the addition of 535 employees that were transferred to you resulted in cost improvements.

## Competitive Strengths, page 24

22. While we do not object to you presenting your competitive strengths for each of your segments, this presentation must be balanced. You should also highlight the competitive difficulties you face in this section to have a more balanced discussion. Please revise accordingly.

## Development, page 30

23. In footnote 2 to the table, explain what you mean that the Grane development is "exclusive of the gas phase."

## Ekofisk Fields, page 34

24. Please tell us supplementally, how the oil output has gradually increased each year, when the start up problems relating to gas processing equipment have affected and continue to affect production efficiency relating to gas output.

## Njord Field, page 35

25. Please disclose the business purpose of reducing your ownership in Njord to 20%.

## Åsgard Unit, page 35

26. Please tell us, on a supplemental basis, what the status has changed with respect to the

SEC00460

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 5

problems with Åsgard Gas' technical problems that were considered solved.

## Brage Field, page 35

27. Please disclose the business purpose of reducing your ownership in Brage to 20%.

## Government Regulation, page 37

28. Please disclose how many licenses the Company received prior to July 1, 1985 and how many licenses were granted to the Company after July 1, 1985.

## Taxation Outside Norway, page 39

29. Clarify what you mean that a "ring fence around each development area in the block applies for tax purposes." Further, revise this discussion to more clearly explain the tax structure to which you are subject.

## European Downstream Gas Position, page 48

30. Please disclose the percentage that constitutes the *remaining production capacity* that will revert to the Norwegian government without compensation at the expiration date of the concessions. In addition, please disclose the reason why this will take place over a period of 34 years, between 2018 and 2052. Please discuss whether there is a phase-out period.

## Currency, page 81

31. Please disclose the reason why the fixed costs in Europe and certain European revenues are not USD related.

## Industriforsikring, page 86

32. Please discuss whether you provide any insurance coverage for any of Norsk's other ventures. If you do provide coverage, please disclose the amount and the type of coverage provided.

## Item 5. Operating and Financial Review and Prospects, page 88

## General

33. To help investors understand your business and operating results, revise to explain the reasons for all material increases or decreases in financial statement for each line item from year to year. If fluctuations are a result of multiple factors, quantify the amount of the increase or decrease attributed to each factor.

SEC00461

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 6

### 2001 Compared with 2000, page 88

34. We note that you have had a reduction in your net income. Please provide the percentage in the reduction of net income from 2000.

### Operating Results, page 88

35. Please supplementally tell us how Hydro has changed the way it allocates its pension costs to its Norwegian operations in 2000.

### Audit Committee, page 99

36. Please tell us what measures you have taken in satisfying the rules adopted by the SEC and NYSE, other than the three meetings you have had during 2002.

### Item 6.E. Share Ownership, page 101

37. Please disclose the percentage of shares held by the shareholders who are Norwegian residents, U.S. Residents, and residents of other countries.

38. In the first table, please provide the percentage of what each beneficial owner has compared to the total shares outstanding.

### Item 7.B. Related Party Transactions, page 102

39. In your table you state the nature of the loan to each of the related parties. Please be specific in the nature of the loan, instead of generalizing the nature of the loan under "general purpose."

40. In addition, please provide another column in the first table to show when each of the loans are due.

41. We note that there was a "secured" loan with Egil Myklebust in October 2000. Please state what the loan was for and what was used as collateral for the loan to be considered secured.

### Item 8. Financial Information, page 104

42. Please provide the amount Norsk and the European Commission agreed to settle amicably the dispute relating to the previous marketing of gas. In addition, please disclose the date this settlement was reached.

SEC00462

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 7

Taxation, page 121

43. While you may "urge" shareholders to consult a tax advisor, it is not appropriate to
instruct that shareholders "should," as shareholders are entitled to rely on your disclosure
in this section.

## Accounting Comments

General

44. We note your disclosures throughout your filing of certain non-GAAP financial
measures, such as EBIT and CROGI.  Please note that revisions of certain disclosures
may be required under Release 33-8176 relating to the use of non-GAAP measures in
your future filings.  In the event you were to file a registration statement in which this
Form 20-F were to be incorporated by reference, please note you would be required to
include certain additional disclosures and reconciliations within your registration
statement.  Please refer to the Frequently Asked Questions Regarding the Use of Non-
GAAP Financial Measures issued by the Staff on June 13, 2003 for further guidance at:
http://www.sec.gov/divisions/corpfin/faqs/nongaapfaq.htm

Financial Statements and Exhibits

Schedule VIII – Valuation and Qualifying Accounts and Reserves, page 131

45. Correct the disclosure of amounts in the deductions column for activity in fiscal years
2001 and 2000.  In the deduction amounts for fiscal year 2002, the amounts are presented
as negative or reducing the reserve balances as noted through the use of parentheses.  The
deduction amounts for fiscal years 2001 and 2000 also appear to reduce the reserve
balances.  However, their presentation is inconsistent with fiscal year 2002 due to the
absence of parentheses.  Please correct the disclosure to ensure all amounts are presented
consistently for each year.  See Rule 4-01(c) of Regulation S-X.

Exhibit 10

Financial Statements

46. Tell us why you believe your inclusion of Norwegian GAAP information is appropriate
in your Form 20-F filing.  It appears that your United States GAAP financial statements,
and the accompanying footnotes (including SFAS 69 supplementary information) and
auditors' report would comprise the financial statement content contemplated by Form
20-F.

SEC00463

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 8

47. Refer to the following and either revise, or tell us why you believe no revision is required, as appropriate:

- The guidance in Section II.F, Issues in the Extractives Industries, at: http://www.sec.gov/divisions/corpfin/guidance/cfactfaq.htm.

- Summaries at http://www.aicpa.org/belt/sec-hl.htm of the issues raised over the past year in regard to accounting in the mining and oil and gas industry at meetings of the AICPA International Practices Task Force. Specifically, see the highlights of the November 25, 2002, March 4, 2003, and July 15, 2003 Task Force meetings. Representatives from the United States national office of your independent auditors were present at those meetings and are familiar with these issues and the surrounding discussion.

Consolidated Income Statements, page 86

48. Due to the diversification of your business, we believe your consolidated income statements should be revised to provide a breakout of net sales, related operating expenses and cost of sales among the industries in which you operate. Regulation S-X, Rule 5-03 requires the separation of revenues among the different lines of business on the face of the statement of earnings. Further guidance regarding the disclosure of revenues in the Current Accounting and Disclosure Issues Release dated August 31, 2001, Section II.C. discusses the disaggregation of product and service information. Refer to http://www.sec.gov/divisions/corpfin/acctdisc.htm. In accordance with Rule 5-03 and the additional guidance, we believe you should revise your consolidated statements of earnings to separately classify operating revenues and expenses or cost of sales related to the following classes if greater than 10 percent of the sum of the classes:

(a) net sales of tangible products;

(b) operating revenues from public utilities or others; and

(c) revenue from services.

To the extent the reclassification of these amounts affects other disclosures within the Form 10-K, such as Management's Discussion and Analysis, those disclosures should be revised to ensure consistency in reporting and classification of revenues and expenses.

Notes to the Consolidated Financial Statements

49. Disclose the nature and amount of related party transactions affecting the years presented. For example, we note your disclosure of loans to directors in the Form 20-F on page 102.

SEC00464

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 9

Note 1, Summary of Significant Accounting Policies

Consolidation, page 91

50. Expand your consolidation accounting policy to state the criteria that you use to determine whether or not an ownership interest in an entity is consolidated. We expect that you will address voting equity ownership in addition to control in your revised accounting policy footnote.

51. For the staff's understanding, identify in detail the extent to which you have proportionately consolidated a subsidiary or other investment. For those ownership interests accounted for using a proportionate consolidation method, provide us with further justification that the types of ownership arrangements that qualify for this accounting treatment comply with EITF 00-1.

52. Additionally, expand your disclosure to identify situations where you have consolidated an entity that you control but own less than the majority, greater than 50%, of the voting equity. Likewise, identify entities in which you own the majority of the voting equity but do not consolidate. We expect that your disclosure will identify each instance and explain in reasonable detail why you consolidate or do not consolidate a particular entity.

53. We note your disclosure states investments in which you exercise significant influence are accounted for using the equity method. You have further disclosed that significant influence *normally* exists when your ownership interest totals between 20 and 50 percent of voting shares. Expand your disclosure to identify situations where you have used the equity method to account for an entity over which you exercise significant influence but own less than 20% of the voting equity. Also, identify entities in which you own more than 20% but less than the majority of the voting equity but do not use account for under the equity method. We expect that your disclosure will identify each instance and explain in reasonable detail why you do or do not use the equity method to account for a particular entity. Refer to APBO No 18 for US GAAP.

54. Disclose your accounting policy used to evaluate your equity method investments for impairment. Refer to CICA 3050.20 and paragraph 19(h) of APBO No.18.

Foreign Currency Translation, page 91

55. Tell us if any of your entities operated in highly inflationary economies. Confirm that you have translated and accounted for these activities in accordance with SFAS 52, paragraph 11. If material, provide disclosure of the impact of the highly inflationary economy on your financial statements.

Revenue Recognition, page 91

56. For the staff's understanding, provide an example in which a contract provides for price

SEC00465

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 10

determination in a later period on a supplemental basis. Tell us when you recognized the revenues related to this contract and support your conclusion by reference to the accounting literature you relied upon.

57. We note your disclosure on page 75 of a new 13-year marketing agreement with Qafco to sell part of its urea production in international markets. Tell us how revenues are recognized under this contract and describe any significant contingencies affecting recognition.

58. Supplementally, identify the nature of the rebates and allowances you provide to your customers and why you believe your recognition of these amounts are consistent with EITF 01-9.

59. Supplementally, describe the expected impact of the recently issued EITF 03-11 on your current accounting for the trading of physical commodities, if any.

## Property, Plant and Equipment

### Capitalized Interest, page 92

60. For investments in unproved properties under development or exploration and not currently being depreciated, separately disclose the capitalized interest costs. Refer to SFAS 34, paragraph 21.

### Exploration and Development Costs of Oil and Gas Reserves, page 92

61. Disclose the method used to assess and value unproved properties. Your disclosure should address whether unproved properties are assessed individually or in the aggregate.

### Goodwill, page 93

62. You have disclosed that goodwill is recorded at the reporting unit level, which is equivalent to the "sector level". Expand your disclosures to identify the sector level and how it relates to the operating segments and sub-segments you have identified in your segment disclosures throughout the document.

### Shipping Costs, page 93

63. Tell us if the shipping and handling costs invoiced to customers and recognized in revenues relate only to arrangements recognized on a gross basis in accordance with EITF 99-19. In addition, identify whether amounts related to shipping and handling fees were reclassified in prior periods when you restated certain revenue amounts to be reflected on the gross basis for transactions in which you acted as principal.

**SEC00466**

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 11

New pronouncements

Asset Retirement Obligations, page 95

64. Tell us how you will account for asset retirement obligations that are incurred over time. Refer to paragraph 10 of SFAS 143 which indicates that a liability for an asset retirement obligation is not incurred until the disturbance actually occurs.

Note 2, Business Combinations and Dispositions, page 96

65. The Commission's Office of the Chief Accountant and other SEC staff met with representatives of the accounting profession on May 27, 2003 regarding certain implementation issues in the extractive industries under SFAS 141 and 142. Representatives of your auditing firm, Deloitte & Touche, were among those from the accounting profession present at this meeting.

The items discussed included the fact that no oil and gas company was known to have changed their tangible asset balance sheet classification of mineral rights, upon adopting of SFAS 141 and 142. Based on the literal terms of SFAS 141 and SFAS 142, it appeared that the continuation of this practice may be incorrect. Taken together, it appears that the provisions of SFAS 141 and SFAS 142 may call for mineral rights held under lease or other contractual arrangements by oil and gas companies to be classified in the balance sheet as intangible assets, accompanied by specific footnote disclosures. Refer to paragraph A14(d)7 of SFAS 141, which identifies, without limitation, contract-based mineral rights and drilling rights as intangible assets. As a result, it would appear that only those mineral rights held under fee ownership should be reported as tangible assets.

If material, you will need to disclose that you have classified all your mineral/drilling rights as tangible assets. Also, disclose that you may be required to reclassify to intangible assets the rights mentioned in paragraph A14(d)7 of SFAS 141, once this issue is resolved. If you otherwise have to amend your financial statements, this advisory disclosure should be made in an amendment to your Form 20-F financial statement note and in critical accounting policy disclosures. If you would not otherwise have to file an amendment, we suggest that this advisory disclosure be included in a Form 6-K. Please send us a draft of your proposed disclosures in this regard prior to filing a further amendment.

66. Additionally, in relation to your acquisition of VAW and other mineral (mining-related) property acquisitions, tell us how you have valued and accounted for properties in accordance with SFAS 141 and 142. Specifically, tell us how you valued, recognized and amortized the intangible mining rights as identified in paragraph A14(d)7 of SFAS 141, as further described above.

SEC00467

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 12

## Note 5, Operating and Geographic Segment Information, page 101

67. We note your segment disclosures include a measure of CROGI, which is not calculated in accordance with measurement principles used to prepare the accompanying financial statements. Tell us why you believe the disclosure of CROGI by reportable segment is appropriate under SFAS 131. Additionally, we note you have disclosed "gross cash flow after tax". Typically, after-tax measures by segment are not in accordance with generally accepted accounting principles as it may not be practicable to apply generally accepted accounting principles to measuring income taxes on a segment level. Tell us if you report multiple performance measures, pre-tax and after-tax measures, to your chief operating decision maker. If your after-tax measures reported to the chief operating decision maker are not determined on the same basis as your consolidated financial statements and multiple measures are reported to the chief operating decision maker, revisions to your disclosures may be required. Refer to the interpretive guidance of the FASB Staff Implementation Guide, Segment Information: Guidance on Applying Statement 131, Question 14. We may have further comment.

68. We note your disclosure in the third footnote to the table of segment data on page 102 regarding the change in allocation of pension costs to Norwegian operations. Your disclosure also indicates the reallocation resulted in a portion of these costs charged to third parties, which created additional operating income. To further Staff's understanding of this reallocation, please provide further detail as to the previous method of allocating these costs among the reportable segments and why you determined a change in allocation is necessary and appropriate. Tell us how the change in allocation affects future periods, subsequent to fiscal year 2000. In addition, quantify the amounts affecting each reportable segment for fiscal years 2000 and 2001. Please provide further detail as to why certain amounts were charged to third parties and where this income has been classified on the income statement.

## Note 6, Restructuring Costs, page 106

69. Costs associated with inventory markdowns associated with restructuring and exit activities should be classified as cost of goods sold on the income statement. Confirm that you have classified the NOK 40 million as cost of goods sold, or revise your statements as necessary. Refer to EITF 96-9.

## Note 13, Non-Consolidated Investees, page 109

70. Tell us the amounts of intercompany profit and loss eliminated from your financial statements, associated with sales to your equity method investments and joint ventures that had not been subsequently realized by the investees through transactions with third parties prior to the balance sheet date, for each period presented. Please refer to the guidance in AIN-APB 18, #2.

SEC00468

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 13

Note 16, Goodwill and Intangibles, page 111

    71. Revise your disclosures of intangible assets with both finite and indefinite useful lives to identify the major asset classes. Please note certain disclosures required by paragraphs 44 and 45 of SFAS 142 are to be made by major intangible asset class.

Note 21, Contingencies and Other Long-Term Liabilities, page 114

    72. On a supplemental basis, provide detailed breakdown of the nature of expenses included in the NOK 795 million corrective environmental accrual. On a supplemental basis, identify the events occurring during fiscal year 2002 requiring the increase in the accrual from NOK 268 million as of December 31, 2001 to NOK 795 million as of December 31, 2002. Your disclosures indicate approximately NOK 115 million was expensed during fiscal year 2002. Tell us how you accounted for the remaining NOK 412 million increase in the accrual and why it was not expensed.

    73. You have stated the net present value of estimated future decommissioning and abandonment costs relating to offshore installations of NOK 4.6 billion, of which approximately NOK 2,131 million is accrued as of December 31, 2002. Supplementally, reconcile these balances with your disclosure regarding the expect impact of adoption of SFAS 143 of approximately NOK 300 million in income.

    74. We note your disclosure on page 37 within the Business Overview section of the Form 20-F, related to the Norwegian government's requirement to reimburse licensees for a portion of costs for the removal of offshore oil and gas installations in the Norwegian Continental Shelf. Tell us how you have accounted for these reimbursements and how they have been considered in determining the impact of the adoption of SFAS 143.

Note 24, Derivative Instruments and Risk Management, page 116

    75. We note your disclosure: "The cumulative effect of adopting SFAS 133 did not result in a material impact to Hydro's income statement of to Other Comprehensive Income (OCI)." However, we also note your auditor's have included an explanatory paragraph within the audit opinion for the financial statements as of December 31, 2002 noting the change in accounting for derivatives in fiscal year 2001. We also note your consolidated income statements and consolidated shareholder's equity activity disclosed in Note 3 on page 98 do not present the adoption of SFAS 133 as a cumulative effect of change in accounting. Therefore, supplementally quantify the impact of adopting SFAS 133. In addition, tell us why you believe the impact of adopting SFAS 133 is not material when your auditors made note of this change in accounting in their audit report.

Note 26 – Supplementary Oil and Gas Information (Unaudited), page 120

    76. We understand that some believe that current practice regarding the calculation of the standardized measure of discounted future net cash flows (SMOG) under paragraph 30 of

SEC00469

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 14

SFAS 69 should be modified to exclude future cash flows related to the asset retirement
obligation (ARO) after adoption of SFAS 143. Tell us any modification that you intend
to make for to your SMOG calculation in your 2003 annual report. Note that we are not
in a position to agree with the view that future cash flows related to ARO should be
excluded in the calculation of SMOG, either before or after the adoption of SFAS 143.

## Engineering Comments

## Website

77. On your website the December 4, 2003 news release refers to "recoverable gas estimated
at 397 billion Sm3 and 28.5 million Sm3 of condensate". Only those measures of
reserves set forth in Section 4-10(a) of Regulation S-X are permitted in filings with the
SEC. If you continue to make references on your website to reserve measures other than
those recognized by the SEC, please accompany such disclosure with the following
cautionary language:

*Cautionary Note to U.S. Investors — The United States Securities and Exchange
Commission permits oil and gas companies, in their filings with the SEC, to disclose
only proved reserves that a company has demonstrated by actual production or
conclusive formation tests to be economically and legally producible under existing
economic and operating conditions. We use certain terms on this web site, such as
recoverable gas, that the SEC's guidelines strictly prohibit us from including in filings
with the SEC. U.S. Investors are urged to consider closely the disclosure in our Form
20-F, SEC File No.033-61360, available from us at [address at which investors can
request the filing]. You can also obtain this form from the SEC by calling 1-800-SEC-
0330.*

Please consider defining/explaining the components of this and other such terms in future
publications/releases so the investing public can be apprised of your meaning. Note that
Instruction 1(b)(ii)to Item 4.D of Form 20-F still generally prohibits disclosure of
unproved reserve volumes in documents filed with the Commission.

## 20-F

## Front Page

78. Your Commission file number here, 1-9159, is incorrect. Please use the correct number
in future documents.

## Business Overview

## Growing Exploration and Production Activities, page 19

79. Here you state, "In addition, in 2002 Hydro acquired increased interests in Hydro-

SEC00470

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 15

operated fields on the NCS (Oseberg, Tune and Grane) formerly owned by the Norwegian State (the so-called State's Direct Financial Interest or SDFI). The acquisition of SDFI assets increased Hydro's proved reserves by approximately 187 million boe, and 2002 production by 24,000 boe/day." We note that the ratio between the proved reserves and the producing rate is 21 years while that ratio for your total Norway reserves is 13 years. Supplementally, tell us the reasons for this marked difference between similarly situated properties.

Growing Exploration and Production Activities, page 20

80. We note your statement here, "Hydro has earlier announced a target compound annual growth rate in production of 8 percent for the 2001-2006 period (including the effect of the SDFI asset acquisition). Hydro expects that the production growth will be achieved within its existing portfolio based on producing fields and development projects. Total oil and gas production in 2002 was 480,000 boed, an increase of 14 percent from 2001. Hydro anticipates a total production of 510,000 boed in 2003, an increase of 6 percent." Supplementally, affirm to us that you anticipate your 2003 production to have an average of 510 MBOED and to be derived from currently booked proved reserves. If you cannot so affirm, amend your document to disclose also the approximate future production you estimate will be derived from your currently booked proved reserves.

Growing Exploration and Production Activities, page 21

81. Here you state, "Although disappointing drilling results were experienced in Block 34 in Angola and the initial wells drilled in the Gulf of Mexico, new discoveries were made both in Block 17 in Angola and in Libya. In addition, further delineation drilling on the Grand Banks in Canada proved successful. Also, results from the first deep water well offshore Nova Scotia were encouraging, although further delineation drilling is planned." Rule 4-10(a)(2)(i) of Regulation S-X states "Reservoirs are considered proved if economic producibility is supported by either actual production or conclusive formation test." Generally, we require commercial production or production flow testing in order to attribute proved reserves in a discovery (exploration) situation. Supplementally, tell us:

a) If, in the three prior years, you have disclosed proved reserves in a discovery situation without actual production from commercial operations or production flow tests. If so, compare your estimates of initial producing rates that you utilized in projecting the recovery of these proved reserves with the producing rates that you actually achieved. Discuss the impact of any shortfalls in your projected rates on your proved reserve estimates.

b) The source and amount of data that you require, as a minimum, to book proved reserves. Sources are open hole logs, seismic, whole core, sidewall cores, MDT or RCI tests, pressure gradient surveys, number of penetrations, etc.

Cost Improvements, page 21

82. Supplementally, support to us your statement, "An independent benchmarking of

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 16

operators in the Central North Sea measured by unit cost of production ranked Hydro, as an operator, in the top quartile."

Cost Improvements, page 22

83. We note your statement here, "However, the Company expects to make progress toward its target during 2003 as the Plan for Development and Operation of the large Ormen Lange field is expected to be <u>submitted to the Norwegian authorities for approval</u> in the fourth quarter of 2003 and as a result, the reserves of this field will be included in the reserve estimate." Generally, our position is that the formal plan must be <u>approved</u> before proved reserves can be claimed by the contractor. Without formal approval by the governing authorities, the plan's capital expenditures, timing of those expenditures and associated projected production and cash flows do not have reasonable certainty of realization. Our position is supported by your statement on page 37, "For licenses granted after July 1, 1985, the Norwegian governmental authorities can <u>delay development of a field indefinitely</u> under the Norwegian Petroleum Act." Without extensive supplemental support from you, we will object if this project's reserves are claimed as proved without formal government approval of the final development plans. This comment also applies to other areas e.g. Murzuq D-field in Libya on page 31. You may contact us for assistance in this or any other matter.

Oil and Gas Reserves, page 26

84. We note your proved oil and gas reserves disclosure here.

a) Supplementally, submit to us the petroleum engineering reports you used as the basis for your 2002 proved reserve disclosures specified below. The report should include:
   • Conventional one-line recaps for your 29 major fields as enumerated on page 135 of your 2002 annual report. Please separate each field's items into proved developed and proved undeveloped reserves as well as the associated net income and present worth figures.
   • Total company summary income forecast schedules for each proved reserve category with proved developed segregated into producing and non-producing properties;
   • Individual income forecasts for the largest property – both developed and undeveloped on an equivalent reserve basis - in each of your two major geographic areas.
   • Narratives and engineering exhibits (e.g. rate/time plots, volumetric calculations) for the largest 2002 reserve revisions – both negative and positive - in each of your major geographic areas that were caused by <u>performance</u>, not price.

b) Supplementally, tell us if you have aggregated your stochastic reserve estimates. If you did so, tell us the level at which you aggregated and how you insured the independence of the primary variables (e.g. recovery efficiency, drainage volume) at that level. Address how you avoid the inclusion by these Monte Carlo calculations of hydrocarbon volumes

SEC00472

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 17

that are not allowed by the definitions of proved reserves such as undrilled fault blocks or volumes below lowest known hydrocarbon. Amend your document to disclose: the fact that you have aggregated your probabilistic reserve estimates; the resulting increments to your proved reserves; and the fact that the aggregation procedures result in enterprise-wide proved reserve volumes which may not be realized upon subsequent divestment on an individual property basis.

c) We consider the history of oil and gas production license renewals by the pertinent authorities to be a prime consideration in the attribution of proved reserves. If there is an applicable record of non-renewals or no record, we would not consider the attribution of proved reserves past license expiry to be valid without conclusive, unambiguous support. We believe that your International proved reserves – as described on pages 26, 36 - should include only those volumes recoverable before current license expiration. Please either affirm to us that this is so, or amend your proved reserves that are subject to production licenses to delete those estimated to be recovered after the expiration of these current licenses.

d) Amend your proved reserve disclosures so that all your estimates proved reserves subject to production sharing agreements do not differ materially from the volumes that would be calculated by the "economic interest method". This method is discussed under Issues in the Extractive Industries | Definitions of Proved Reserves |Production Sharing Agreements on our website,
http://www.sec.gov/divisions/corpfin/guidance/cfactfaq.htm#P279_57537

e) Rule 4-10(a)(4) of Regulation S-X provides that proved undeveloped oil and gas reserves may be attributed to locations not offsetting productive units only "where it can be demonstrated with certainty that there is continuity of production from the existing productive formation (emphasis added)." Supplementally, submit to us a description of the engineering and geologic justification for any PUD reserves you have claimed which is not in legal, technically justified locations offsetting (adjacent to) productive wells. Otherwise, either affirm to us that none of your claimed PUD reserves are attributed to such locations or delete such volumes from your disclosed proved reserves.

Exploration, page 27

85. Here your drilling activity table does not indicate whether the figures are net or gross wells. Please amend your document to repair this omission.

International, page 28

86. We note your references here and elsewhere to exploration blocks – e.g. Block 17 in Angola – without information concerning their situation or size. Please amend your document to include information regarding size, water depth and operational environment.

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 18

## Development, page 30

87. We note your development activities table here. We believe information about these endeavors is fundamental to the understanding of exploration and production results. Amend your document in an appropriate location to also disclose the amounts you spent to develop your disclosed (booked) proved undeveloped reserves in each of the three preceding years. Expand the disclosure of your estimated future development costs (corresponding to those included in your most recent year-end Standardized Measure of Discounted Future Net Cash Flows) to state the amounts you have estimated will be spent in each of the next three years to develop your booked proved undeveloped reserves.

## Production, page 33

88. Amend you statement "All volumes are calculated based on the Norwegian Petroleum Directorate's current conversion factors." to include the factor for conversion of natural gas to equivalent barrels of oil.

## Government Regulation, page 38

89. We note your statement here, "The Norwegian government has the option to take ownership of an installation at no cost to it at the end of the applicable concession period. In such case, the Norwegian government would assume total responsibility for any well closure and decommissioning costs after this time, and removal costs of the installation." Supplementally, tell us the history of any such assumptions of ownership by the Norwegian government involving your properties.

## Appendix A, page 40

90. Your three proved reserve definitions paraphrase are an incomplete version of - those in Rule 4-10(a) of Regulation S-X. We consider the concepts contained in the definitions to be information useful to the public; we do not consider the inclusion of verbatim legal text to be always informative. Please amend your document here to include at least one reference to Rule 4-10(a), paragraphs (2) through (2)iii, (3) and (4) as the definitions of proved, proved developed and proved undeveloped oil and gas reserves, respectively. This is available at our website,
http://www.sec.gov/divisions/corpfin/forms/regsx.htm#gas.

## Enhancing the Value..., page 43

91. We note your statement, "Because of the increasing liquidity of the European gas market, Hydro no longer views having new long-term gas sales contracts in place as a prerequisite for making investment decisions for new gas fields — such as the Ormen Lange field." Be advised we believe that gas sales contracts are an unavoidable requirement for the attribution of proved gas reserves for those operating areas that are without robust gas markets.

SEC00474

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 19

Major Gas Producer in the NCS, page 47

92. Supplementally, explain to us the technical basis for your statement, "This capacity will enable Hydro to increase exports of gas significantly in the coming years as reservoir conditions allow more off take of gas without the need for further investment."

**2002 Annual Report**

Proved Reserves of Oil and Gas, page 122

93. Please amend your document to clarify your meaning here of "PSA effect".

US GAAP Standardized Measure..., page 123

94. Financial Accounting Standard 69, paragraph 30 specifies that the standardized measure must be based on year-end prices relating to the proved reserves. In the absence of year-end contractual arrangements that are specific to a property, the year-end market price, adjusted for normal differences such as transportation, quality and bonus, should be used. Supplementally, affirm to us that you have complied with these requirements and have not used hedged pricing in your calculation of the standardized measure. If you cannot so affirm, submit a compilation of the effects of your current hedging arrangements on your 2002 standardized measure. Amend your document to comply with the requirements of FAS 69. Be advised you may disclose the effects of your hedging program on the standardized measure via an additional line item or footnote. This is addressed at our website, http://www.sec.gov/divisions/corpfin/guidance/cfactfaq.htm#P378_88035.

Average Sales Price and Production Cost per Unit, page 123

95. We note your disclosure here of historical unit production costs. Financial Accounting Standard 69, paragraph 27 states "...some expenses incurred at an enterprise's central administrative office may not be general corporate expenses, but rather may be operating expenses of oil and gas producing activities, and therefore should be reported as such." Supplementally, tell us the specific components of your historical production costs including that portion you attributed to such production G&A or overhead in each of the last three years. Explain the level of management (such as field foreman, production manager) that is included in your production G&A. We consider the allocation of no G&A to production costs as incorrect since some supervision is an unavoidable requirement for oil and gas production. We recognize that the level of such supervision varies within the industry. Please consider disclosing your unit production costs and the associated major components such as labor, fuel/power, taxes, supervision, and recurring workovers.

96. In footnote 1) here you state that transportation costs are no longer included in production costs. Supplementally, tell us how oil and gas transportation costs are incorporated in

SEC00475

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 20

your historical and projected production costs and/or period end product prices.  Be
advised that in our view, transportation costs should be reflected in either the prices you
are paid or the costs you incur.

97. In future documents, please consider the disclosure of oil and gas price realizations so
that the reader is apprised of the effects of your oil and gas hedging program on the prices
you have received in each of the last three years.

## Exploration and Production, page 135

98. Here you display a table of your proved reserves attributed by field, including nine
international fields.  Supplementally, tell us if you have claimed proved reserves under
any operating fee or services rendered agreements .  If so, tell us the risks you have
assumed under these agreements that justify your claim to proved reserves.

## Hydro Aluminum, page 54

99. To allow us to determine the materiality of your interests in operating bauxite mines and
mineral properties, supplementally provide an analysis of the percent assets, revenues and
income that your bauxite mines and bauxite properties constitute compared to your total
assets, revenues and income for the past three years.

## Closing Information

As appropriate, please amend your filings in response to these comments and comply
with Rule 310 of Regulation regarding the marking of changed material.  You may also wish to
provide us with marked copies of any amendment to expedite our review.

Please file marked amendments to your prior filings in response to our comments.  Please
furnish a cover letter that correlates your responses to our comments.  If you believe compliance
with these comments is inappropriate, supplementally explain your reasoning in the response
letter.  You should note in your response letter all material changes made in the amendment,
other than in response to comments.  Your response letter should indicate where in the filing
each change may be found, whether it is in response to our comments or made or your own
initiative.  Please note that we may have additional comments after reviewing your responses.

SEC00476

Eivind Reiten
Norsk Hydro A S A
January 9, 2004
Page 21

Direct any questions regarding engineering comments to Roger Baer, Mining Engineer, at (202) 942-2965 and Ronald Winfrey, Petroleum Engineer at (202) 942-1778.  Direct any questions regarding accounting comments to Shannon Buskirk, Accountant at (202) 942-1826, or, in her absence, to Barry Stem, Senior Assistant Chief Accountant at (202) 942-1919.  Direct all other disclosure issues to Susan Min at (202) 942-1951 or, in her absence, to Jennifer Zatkowski at (202) 942-1911.  Direct all correspondence to the following ZIP code:  20549-0405.

Sincerely,


H. Roger Schwall
Assistant Director

cc:    via facsimile

H. R. Schwall
B. Stem
R. Baer
R. Winfrey
S. Buskirk
J.B. Zatkowski
S. Min

SEC00477