# EXHIBIT 15



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549-0405

DIVISION OF
CORPORATION FINANCE

March 11, 2004

<u>via U.S. mail</u>

Mr. Charles Paris de Bollardière
Group Treasurer
Total S.A.
2, place de la Coupole
La Défense 6
92400 Courbevoie
France

Re:    **Total S.A.**
       Form F-3 amendment 3 filed September 24, 2003
       File No. 333-104463

       Form 20-F Annual Report for the period ending December 31, 2002
       Filed April 4, 2003
       File No. 1-10888

       Reports on Form 6-K
       Filed January 7, February 3 and March 8, 2004

       Draft Reports on Form 6-K for the periods ending June 30, 2003 and
       September 30, 2003
       Provided November 19 and 26, 2003, respectively

Dear Mr. de Bollardière:

We have reviewed the above filings and your letters dated November 19 and 26, 2003, and January 16 and February 19, 2004, and have the following comments. Where indicated, we think you should revise your documents in response to these comments. If you disagree, we will consider your explanation as to why our comment is inapplicable or a revision is unnecessary. Please be as detailed as necessary in your explanation. In some of our comments, we may ask you to provide us with supplemental information so we may better understand your disclosure. After reviewing this information, we may or may not raise additional comments.

Please understand that the purpose of our review process is to assist you in your compliance with the applicable disclosure requirements and to enhance the overall disclosure in your filings. We look forward to working with you in these respects. We welcome any questions you may have about our comments or on any other aspect of our review. Feel free to call us at the telephone numbers listed at the end of this letter.

SEC00428

Total S.A.
March 11, 2004
page 2

<u>General</u>

1.    [              ___              Redacted

]

**Report on Form 6-K filed March 8, 2004**

<u>General</u>

2.    With a view toward new and expanded disclosure, describe in necessary detail the size
and parameters of the financial commitment the Pars LNG joint venture represents to
Total, both now and going forward.  Also discuss in necessary detail the potential impact
of these commitments and investments on your assessment that neither the ISLA nor the
maximum sanctions under the Act will have a material impact on your results of
operations or financial condition.  We may have additional comments.

SEC00429

Total S.A.
March 11, 2004
page 3

## Forms 6-K for the periods ending June 30, 2003 and September 30, 2003

3.    We have reviewed your draft revisions to the Forms 6-K for the periods ended June 30 and September 30, 2003 in response to our prior comment number 6 and have the following additional comments:

a)    Your response suggests that your non-GAAP measure "net cash flow" is useful to investors because it provides the amount of cash generated by the company on an operational basis (adjusted for expenditures/divestitures) disregarding the way in which the company finances operations and that this is also a measure used by management to assess the company's financial strength. Your explanation appears to suggest that "net cash flow" is being presented as both a measure of operational performance and liquidity. If "net cash flow" is being presented as a measure of your operational performance, you must reconcile this measure to the most comparable GAAP measure of performance. If your measure "net cash flows" is being presented as a liquidity measure, then you must also reconcile this measure to both the GAAP cash flow measures "cash flow from operating activities" and "cash flows from investing activities". You should include a reconciliation in the same location whenever this measure is presented. Refer to Questions 12 and 13 in FAQ Regarding the Use of Non-GAAP Financial Measures on our website http://www.sec.gov/divisions/corpfin/faqs/nongaapfaq.htm.

b)    Although you have provided us an explanation for why your renamed measure "net cash flow" is useful to investors, you have omitted this explanation in your draft Forms 6-K for the periods ended June 30 and September 30, 2003. Revise your disclosures accordingly.

Revise your disclosure to provide all material limitations of your non-GAAP measure "net cash flow".

SEC00430

Total S.A.
March 11, 2004
page 4

**Engineering Comments:**

Form 20-F/A

Supplemental Oil and Gas Information (Unaudited)

Kashagan

January 16, 2004 Response Letter

Response 1.

4.    We have examined your January 16, 2004 response 1 to our November 19, 2003
      comment letter. It appears you have calculated 2.06 GB (2.06 x 10$^9$ barrels) of proved
      reserves using a recovery efficiency of over 30% whereas your original submissions to us
      appear to have assumed an efficiency of 24%. Please:

      a)    Explain your assumptions in calculating these proved reserve figures.

      b)    Tell us the proved reserve volumes that are attributable only to those locations
            that are adjacent to the six existing wells as designated by the development plan
            approved (2-25-04 response) by the Kazakh government.

      c)    Explain how you were able - at 12-31-02 and 12-31-03- to determine the annual
            production projection for these proved reserves even though the anticipated date
            of first production was under negotiation with known schedule slippage up to
            three years. Address the differences in the standardized measure due to these
            different initial production dates and volumes.

      d)    Demonstrate that your inclusion of the Kashagan proved reserves has no material
            effect on your 2002 and 2003 financial results.

      Response 2.

      Paragraph 1

5.    The SEC website guidance you have cited was given in the context of the renewal of
      exploration/production licenses by foreign governments, not for approvals that are
      necessary for initiation of development operations. If license renewal is an issue with
      regard to Kashagan, please inform us. We may have further comment.

SEC00431

Total S.A.
March 11, 2004
page 5

## Paragraph 2

6.   We do not agree with your attribution of proved reserves to Kashagan before the formal approval by the Kazakh government of this project's final development plan. Since you have subsequently obtained approval, we will not object to your inclusion of these volumes as proved reserves in your 2003 Form 20-F provided you satisfy our questions in comment 4 above. Supplementally, tell us the details of the penalties you and the Kashagan consortium will pay in consideration of the government's approval of the development plan. Disclose these terms in your 2003 Form 20-F.

## Closing Comments

As appropriate, please amend your registration statement, annual report on Form 20-F and reports on Form 6-K in response to these comments. You may wish to provide us with marked copies of the amendments to expedite our review. Please furnish a cover letter with your amendments that keys your responses to our comments and provides any requested supplemental information. Detailed cover letters greatly facilitate our review. Please understand that we may have additional comments after reviewing your amendments and responses to our comments.

We direct your attention to Rules 460 and 461 regarding requesting acceleration of a registration statement. Please allow adequate time after the filing of any amendment for further review before submitting a request for acceleration. Please provide this request at least two business days in advance of the requested effective date.

Please direct questions regarding accounting issues and related disclosures to William Choi at (202) 942-2978 or, in his absence, to Barry Stem, Senior Assistant Chief Accountant, at (202) 942-1919. Direct all questions regarding engineering comments to Ronald Winfrey, Petroleum Engineer, at (202) 942-1778. Direct questions relating to all other disclosure issues to Alex Shukhman, at (202) 942-2872 or, in his absence, to Timothy Levenberg, Special Counsel, at (202) 942-1896. Direct all correspondence to us at the following ZIP code: 20549-0405.

Sincerely,

H. Roger Schwall
Assistant Director

cc:   via facsimile
Richard G. Asthalter
Sullivan & Cromwell LLP
011-331-7304-1010

SEC00432

Total S.A.
March 11, 2004
page 6

Will Choi
Elliott Staffin
Barry Stem
Timothy Levenberg
Alex Shukhman
Ron Winfrey

SEC00433