# EXHIBIT 22



September 15, 2006

**<u>VIA FACSIMILE AND OVERNIGHT MAIL</u>**

Kathleen Cody, Esq.
Office of the General Counsel
United States Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-9612

Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrownrowe.com

**Aimée D. Latimer**
Direct Tel (202) 263-3453
Direct Fax (202) 762-4212
alatimer@mayerbrownrowe.com

Re:  <u>In re Royal Dutch/Shell Transport Securities Litigation, Civil Action No. 04-cv-374 (D.N.J.)</u>

Dear Ms. Cody:

I write with reference to your April 21, 2006 letter, in which you stated that the SEC would agree to hire a contractor to locate and review communications between the SEC and Shell or its external auditors since December 27, 1978, at Watts's expense. According to your letter, the SEC would agree to "hire a contractor to locate and review the materials at your expense. As the materials may contain privileged information, the SEC would choose and hire the contractor. We would require a written agreement from you to pay all costs associated with hiring the contractor and conducting the review before we proceed." At this time, Watts asks that you clarify how the SEC would proceed in procuring and instructing a contractor to search, review, and produce these communications that are responsive to Watts' subpoena.

In order for us to have a reasonable idea of (1) the time frame in which the search and review can be completed, (2) the volume and location of the communications, and (3) the estimated total cost of using the contractor, please provide a detailed proposal outlining the following information:

- The name of the contractor the SEC intends to hire to search for and review the communications;

- A description of the different locations in which the relevant communications are stored, and the volume of communications at each location;

- A description of the organization of the relevant files at each location;

- An estimate of how many hours the search and review process will take;

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw LLP

Kathleen Cody, Esq.
September 15, 2006
Page 2

- An estimate of the deadline in which the contractor will be able to produce the documents to Watts;

- An estimate of the costs associated with hiring the contractor;

- An estimate of the costs of conducting the search and review;

- An estimate of the cost of producing the documents; and

- A total cost estimate.

At your earliest convenience, we would like to discuss the proposal in further detail, so that we can agree on the most reasonable way to proceed. Should you have any questions or concerns about this or any other matter, please contact me or one of my colleagues.

Sincerely,

Aimée D. Latimer

cc:   Joseph I. Goldstein
      Andrew J. Morris
      Adriaen M. Morse Jr.