# EXHIBIT 24



**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549**

OFFICE OF THE
GENERAL COUNSEL

August 16, 2006

**VIA FACSIMILE AND FEDERAL EXPRESS**
Aimee D. Latimer, Esquire
Mayer Brown Rowe & Mawe, LLP
1909 K Street, N.W.
Washington, D.C. 20006
Facsimile No. (202) 762-4212

      Re:    In re Royal Dutch/Shell Transport Securities Litigation, 04-cv-374 (D.N.J.)

Dear Ms. Latimer:

      I write in response to your correspondence regarding production by the Securities and Exchange Commission ("SEC") of the non-privileged documents it located in response to requests 5, 6, 7, and 8 of your document subpoena issued to the SEC in the above-captioned litigation. The scope of our search for these documents is identified in my letters to you dated March 20, 2006 and April 21, 2006. We produced responsive, non-privileged documents to you on a rolling basis – on April 4, 2006 and again on June 20, 2006. We have continued to search for responsive, non-privileged documents since that time. I have confirmed that we have now produced to you all responsive, non-privileged documents we located during our search.

      In your August 1, 2006 letter to me, you identified additional information which you seek. With the exception of item 4, I have confirmed that we are unable to locate any of that information. As there is one set of notes responsive to item 4, that privileged document is discussed in the following paragraph and in the attached privilege log. Your letter also inquires about some information that the SEC redacted from a March 20, 2003 letter from Kathryn A. Campbell of Sullivan & Cromwell to Mr. Schwall. Please be advised that the redacted information does not pertain to the topics in which you are interested and is, thus, non-responsive to your subpoena. Consequently, a privilege log is not required.

      The only additional responsive documents we located since our last production are 8 sets of handwritten notes prepared by Messrs. Schwall, Murphy, or Winfrey during discussions between one or more of them and representatives of the various oil companies identified in your firm's March 1, 2006 letter to me. These notes are all protected by the deliberative process privilege. They are not substantially verbatim transcripts of discussions between one or more of these SEC staff members and representatives of the various oil companies identified in your firm's March 1, 2006 letter to me. Moreover, the notes evidence substantial selection by the respective SEC staff member who authored each set of notes of only the information that he

Aimee D. Latimer, Esq.
1909 K Street, N.W.
Washington, D.C. 20006
August 16, 2006
Page Two

deemed important. The notes contain only predecisional, deliberative material and, thus, we are withholding the notes pursuant to the deliberative process privilege. A privilege log is enclosed with this letter.

    This letter, my prior letters to your firm, and the SEC's opposition to your motion to compel should resolve your questions. If you have further questions, please advise me in writing.

                Sincerely,

                *Kathleen Cody*

                Kathleen Cody, Esq.
                SEC
                100 F Street, N.E.
                Washington, D.C. 20549-9612
                Tel: (202) 551-5126

Enclosure

| DATE | AUTHOR | SUBJECT | PRIVILEGE |
|---|---|---|---|
| 2/6/02 | Ronald Winfrey | One page of handwritten notes taken during Mr. Winfrey's discussions with representatives of Conoco on 2/6/02 | Deliberative Process Privilege |
| Summer 2003 | Roger Schwall | One page of handwritten notes taken during a meeting between Mr. Schwall and Shell engineers in the summer of 2003 | Deliberative Process Privilege |
| 1/13/04 | Roger Schwall | Seven pages of handwritten notes taken during a meeting between Mr. Schwall and representatives of Royal Dutch/Shell on 1/13/04. Mr. Murphy also attended this meeting and took notes which are listed as the next entry on this privilege log. | Deliberative Process Privilege |
| 1/13/04 | James Murphy | Two pages of handwritten notes taken during the 1/13/04 meeting between Mr. Schwall and representatives of Royal Dutch/Shell on 1/13/04. Mr. Murphy also attended this meeting and took these notes. | Deliberative Process Privilege |
| 11/18/99 | James Murphy | Three pages of handwritten notes taken during a meeting between Mr. Murphy and representatives of Royal Dutch on 11/18/99 | Deliberative Process Privilege |
| 7/20/04 | James Murphy | One page of handwritten notes taken during discussions between Mr. Murphy and representatives of BP on 7/20/04 | Deliberative Process Privilege |
| 2/26/01 | James Murphy | One page of handwritten notes taken during a telephone call between Mr. Murphy and representatives of Statoil on 2/26/01 | Deliberative Process Privilege |
| 4/5/03 | James Murphy | One page of handwritten notes taken during Mr. Murphy's discussions with representatives of NorskHydro on 4/5/03 | Deliberative Process Privilege |