# EXHIBIT 25

06/19/2006 16:12 FAX  2027729373                                    ☒002/002



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C.  20549**

OFFICE OF THE
GENERAL COUNSEL

June 19, 2006

**VIA FACSIMILE AND FEDERAL EXPRESS**
Joseph I. Goldstein, Esquire
Mayer Brown Rowe & Mawe, LLP
1909 K Street, N.W.
Washington, D.C. 20006
Facsimile No. (202) 263-5344

Re:    In re Royal Dutch/Shell Transport Securities Litigation, 04-cv-374 (D.N.J.)

Dear Mr. Goldstein:

Today, I am sending to you via federal express copies of additional non-privileged documents we located in response to requests 5, 6, 7, and 8 of your document subpoena to the Securities and Exchange Commission ("SEC"). The scope of our search for these documents is identified in my letters to you dated March 20, 2006 and April 21, 2006.

The enclosed documents consist primarily of responses to comment letters we have already provided to you. There are a few additional comment letters that we located subsequent to our last production to you on April 3, 2006. The enclosed documents are in three bankers boxes, and are divided into redwells for each oil company to which they pertain. The comment letter is followed by the responses thereto.

We have redacted language from a few of the documents that is privileged and confidential. The redacted language does not pertain to the topics in which you are interested.

Please contact me if you do not receive the non-privileged documents on Tuesday June 20, 2006.

                                        Sincerely,

                                        *Kathleen Cody*

                                        Kathleen Cody, Esq.
                                        SEC
                                        100 F Street, N.E.
Enclosures sent via federal express     Washington, D.C. 20549-9612
                                        Tel: (202) 551-5126