**EXHIBIT 27**



August 1, 2006

Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

**VIA FACSIMILE AND OVERNIGHT MAIL**

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrownrowe.com

Kathleen Cody, Esq.
Office of the General Counsel
United States Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-9612

**Aimée D. Latimer**
Direct Tel (202) 263-3453
Direct Fax (202) 762-4212
alatimer@mayerbrownrowe.com

Re:  In re Royal Dutch/Shell Transport Securities Litigation, Civil Action No. 04-cv-374 (D.N.J.)

Dear Ms. Cody:

We sent a letter to you on July 20, 2006, which identified deficiencies relating to your production of documents responsive to a document subpoena, which was served on the SEC on February 8, 2006. Specifically, the July 20 letter requested information regarding the method by which the Division of Corporation Finance ("CorpFin") documented its communications with registrants, auditors, advisors, consultants, and others during telephone conversations and meetings. We requested this information because you had previously indicated that CorpFin did not maintain telephone logs or notes of meetings with third parties, and because we were trying to understand the basis for your vague objections that the scope of our document subpoena was burdensome.

The July 20 letter noted that we previously identified these deficiencies in letters to you dated April 6, April 12, April 26, May 10, and June 2, 2006. We have not received a response from you. Please respond to our July 20 letter as soon as possible, but no later than next Friday, August 4.

We have identified additional documents that are responsive to the document subpoena, but which the SEC has not produced. Some of these missing documents consist of communications between the SEC and third parties. Such communications are responsive to the document subpoena and represent the same category of information that we have repeatedly requested from the SEC, and to which the SEC has not responded. These documents are referenced in the following correspondence:

1.  A March 20, 2003 letter from Kathryn A. Campbell, Sullivan & Cromwell LLP, to H. Roger Schwall, Assistant Director (Mar. 20, 2003), attaches a PowerPoint presentation that the SEC did not produce. Additionally, the letter contains redacted information. Please produce an unredacted letter or state the basis for any privilege that the SEC is asserting in support of the redaction.

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw LLP

Kathleen Cody, Esq.
August 1, 2006
Page 2

2. A March 31, 2004 letter from Byron E. Grote, Chief Financial Officer, BP, to Schwall, on page 3 requests to confidential treatment of certain responses that have not been produced. Please produce these responses or state the basis for any privilege that the SEC is asserting in withholding the responses.

3. An April 23, 2004 letter from John A. Carrig, Executive Vice President, Finance, and Chief Financial Officer, ConocoPhillips, to Schwall, on page 31, references exhibits to the letter that the SEC did not produce. Please produce these exhibits or state the basis for any privilege that the SEC is asserting in withholding the exhibits.

4. A September 12, 2003 letter from Tim Morrison, Group Controller, Shell, to Schwall, at 1, states: "I would like to thank you and your staff for taking the time to meet with Messrs. Pay and Sidle on August 6, 2003, a meeting they informed me was beneficial." Please produce any notes taken by the SEC Staff during this meeting, or state the basis for any privilege that the SEC is asserting in withholding the notes.

5. A November 4, 2003 letter from Charles Paris de Bollardière, Treasurer, Total, to Ronald Winfrey, Petroleum Engineer (Nov. 4, 2003) Annex A, at 1, references a September 27, 2003 telephone conversation with the SEC Staff. Please produce any notes or other documents referencing the telephone conversation, or state the basis for any privilege that the SEC is asserting in withholding the documents.

6. A January 12, 2004 letter from Byron E. Grote, Chief Financial Officer, BP, to Schwall, at 11, discusses a presentation to the "SEC's petroleum engineers on the Horn Mountain field made by our subsurface technical staff in Houston at the BP HIVE on October 27, 2003 which demonstrated how we apply these engineering and geologic approaches." Please produce this presentation, and any notes or documents referencing the presentation, or state the basis for any privilege that the SEC is asserting in withholding the notes.

7. A February 24, 2005, letter from Stephen J. Crowe, Vice President and Chief Financial Officer, ChevronTexaco, to Schwall, at 3, discusses a telephone conversation between Messrs. Schwall, Murphy, and Wojciechowski of the SEC on February 14, 2005 and a follow-up call on February 18, 2005 from Mr. Wojciechowski to Mr. Allman of ChevronTexaco informing the company that no restatement would be required. Please produce any notes or other documents referencing these telephone conversations, or state the basis for any privilege that the SEC is asserting in withholding the documents.

Should you have any questions or concerns about this or any other matter, please contact me or one of my colleagues.

Sincerely,

Aimée D. Latimer

Mayer, Brown, Rowe & Maw LLP

Kathleen Cody, Esq.
August 1, 2006
Page 3


cc:     Joseph I. Goldstein
        Andrew J. Morris
        Adriaen M. Morse Jr.