# EXHIBIT 28



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

July 18, 2006

<u>VIA FEDERAL EXPRESS</u>

Aimee D. Latimer, Esq.
Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Re:   In re Royal Dutch/Shell Transport Securities Litigation, 1:06-mc-00248 (D.D.C.)

Dear Ms. Latimer:

As requested in your June 28, 2006 letter to me, I enclose a copy of a letter, dated November 6, 2003, from the Society of Petroleum Engineers to Roger Schwall in the Division of Corporation Finance at the Securities and Exchange Commission.

Sincerely,

Kathleen Cody

Kathleen Cody, Esq.
SEC
100 F Street, N.E.
Washington, D.C. 20549-9612
Tel: (202) 551-5126

Enclosure



# Society of Petroleum Engineers

Dallas    Houston    Kuala Lumpur    London

Kate H. Baker
2004 SPE President

H. Roger Schwall
Assistant Director
Division of Corporation Finance
United States Securities and Exchange Commission
450 5th Street NW
Washington, D.C. 20549-0405

November 6, 2003

Dear Mr. Schwall:

On behalf of the Society of Petroleum Engineers, I would like to offer our assistance in forming an informal industry group that you and your staff can utilize as a technical resource for insight into generally accepted industry practices for reserve estimation and reporting. This offer has been prompted by various suggestions from oil and gas industry professionals who feel that closer cooperation will benefit both the SEC and the industry.

This offer is made in the spirit of the many successful workshops and forums sponsored by the SPE and Society of Petroleum Evaluation Engineers at which members of your engineering staff have given their opinions on case studies and interpretive questions and engaged in dialogue with their industry counterparts. In my view, these events have dramatically increased the understanding of the SEC reporting regulations throughout the industry. They have also undoubtedly given you and your staff insight into areas where additional clarification of the regulations would enhance consistency in information reporting.

With over 55,000 members worldwide representing oil and gas companies; independent producers; academics; state, local and federal agencies; consultants and many financial institutions; SPE has a wealth of experience and technical knowledge. Sharing this knowledge with the public, both directly and through other organizations, to increase understanding of our industry is an important mission of SPE. In recent years, SPE has been asked by both the Russian Federation and the United Nations to contribute our knowledge and experience with reserve reporting to aid their understanding of such matters. I believe informal groups have been established with the FASB and IASB. Under the auspices of the SPE Oil and Gas Reserve Committee, we can provide valuable insight into technical and interpretive issues that you may wish to explore in greater depth. This group might also provide effective feedback to the industry (or dissemination within the industry) on current and future interpretations of SEC regulations.

I welcome an opportunity to discuss and explore options for establishing such an industry group and possible structures for it that will be of greatest benefit to you and your staff. Due to my hectic travel schedule as SPE President, I request that you contact Jane Boyce, SPE Senior Manager Member Services, 972-952-9312, who serves as staff liaison to the SPE Oil and Gas Committee. She will be able to get in touch with me and schedule a time for us to discuss this matter.

**Dallas Office**
Mailing Address: P.O. Box 833836 • Richardson, TX 75083-3836 U.S.A.
Street Address: 222 Palisades Creek Dr. • Richardson, TX 75080-2040 U.S.A.
Telephone: (1) 972-952-9393 • Facsimile: (1) 972-952-9435 • E-mail: spedal@spe.org • Internet: www.spe.org

I have also asked the SPE Oil and Gas Reserve Committee to provide you with additional information on recent work they have completed on the joint SPE / WPC / AAPG Reserve and Resource Definitions, interpretive guidelines and current initiatives that may be helpful to you and your staff.

Yours faithfully,

*Kate H. Baker*

Kate H. Baker
2004 SPE President