# EXHIBIT 29



Mayer, Brown, Rowe & Maw LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101

Main Tel (202) 263-3000
Main Fax (202) 263-3300
www.mayerbrownrowe.com

**Aimée D. Latimer**
Direct Tel (202) 263-3453
Direct Fax (202) 762-4212
jgoldstein@mayerbrownrowe.com

July 20, 2006

<u>*VIA FACSIMILE AND OVERNIGHT MAIL*</u>

Kathleen Cody, Esq.
Office of the General Counsel
United States Securities and Exchange Commission
100 F Street NE
Washington, DC 20549-9612

Re:   <u>In re Royal Dutch/Shell Transport Securities
      Litigation, Civil Action No. 04-cv-374 (D.N.J.)</u>

Dear Ms. Cody:

In letters dated April 6, April 12, April 26, May 10, and June 2, 2006, we asked you to provide additional information regarding the method by which the Division of Corporation Finance ("CorpFin") documented its communications with registrants, auditors, advisors, consultants, and others during telephone conversations and meetings. We requested this information because you had previously indicated that CorpFin did not maintain telephone logs or notes of meetings with third parties, and because we were trying to understand the basis for your vague objections that the scope of our document subpoena was burdensome.

As we stated in these letters, we understood that it was the practice of CorpFin to maintain logs of telephone calls with registrants and notes of meetings with registrants and their representatives in order to exercise supervisory control over communications and to have a record of communications with registrants. We asked you to inform us of whether, and when, this practice had changed. We have not received a response. Please provide the requested information as soon as possible, but no later than next Wednesday, July 26.

We are also attaching an email that was produced in the underlying litigation. The email was sent to a Ryder Scott representative by James Murphy, CorpFin Petroleum Engineer. In that email, Mr. Murphy states that "Ron and I will be emailing this information to other people that we know." We believe that "Ron" refers to Ronald Winfrey of CorpFin. The SEC did not produce this email from Mr. Murphy, or any other emails from Mr. Murphy or Mr. Winfrey during this time period, even though such emails are well within the scope of our document requests. We repeat our request that you confirm whether you have produced all responsive documents concerning communications between the SEC and oil and gas industry participants

Berlin Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

Mayer, Brown, Rowe & Maw LLP

Kathleen Cody, Esq..
July 20, 2006
Page 2

listed in our March 1 letter[1] that are in the SEC's possession, custody or control. If you have not produced all such documents, including emails, please do so by Wednesday, July 26.

Should you have any questions or concerns about this or any other matter, please contact me or one of my colleagues.

Sincerely,

Aimée D. Latimer

cc: Joseph I. Goldstein
 Andrew J. Morris
 Adriaen M. Morse Jr.

---

[1] Those participants are: ExxonMobil Corp.; BP p.l.c.; Chevron Corp.; ConocoPhillips; Total S.A.; El Paso Corp.; Petróleo Brasileiro S/A (Petrobras); Unocal Corp.; Repsol YPF, S.A.; Statoil ASA; Norsk Hydro ASA; Eni SpA; Lukoil Oil Co.; Society of Petroleum Engineers; Society of Petroleum Evaluation Engineers; World Petroleum Congress; Ryder Scott & Co.; Gaffney, Cline and Associates; The Strickland Group; DeGolyer and MacNaughton; American Petroleum Institute; Cambridge Energy Research Associates; Deloitte & Touche LLP; Ernst & Young LLP; and Arthur Andersen LLP.

**REDACTED**

-----Original Message-----
From: MurphyJa@sec.gov [mailto:MurphyJa@sec.gov]
Sent: Friday, July 14, 2000 8:43 AM
To: Ron_Harrell@RyderScott.com
Subject: Interpretive Guidance

Ron:

Our Interpretive position on the oil and gas definitions are finally posted to our website. To get there type the following URL address:

sec.gov/offices/corpfin/acctdisc.htm

Scroll down to Issues in the Extractive Industry and then down a little further to Definition of Proved Reserves.

Since this is not really a change in the rulemaking we are not formally requesting public comments. However, any informal feedback you would like to offer will be appreciated and considered.

Also, feel free to pass this along to anyone in the industry that you feel might benefit from it. This includes the SPE of course. Ron and I will be emailing this same information to other people that we know, but your list of contacts is probably broader than ours.

Thanks again and sorry for the delay in getting this out.

Jim Murphy
212-942-2939

1

RS0002083
Confidential Subject to Protective Order