UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| ROYAL DUTCH/SHELL TRANSPORT ) | |
| SECURITIES LITIGATION ) | 1:06-mc-00248 (Kollar-Kotelly, J) |
| ) | D.N.J. Civ. Action No. 04-374 (JAP) |
| ) | |

## NOTICE OF RELATED FILING

Pursuant to Local Civil Rule 40.5(b), Defendant Philip B. Watts hereby notifies the Court of the following with respect to the Petition for Review of an Order of the United States Securities and Exchange Commission ("SEC"), which he filed on August 21, 2006 in the United States Court of Appeal for the District of Columbia Circuit, and which he identified in the Notice of Filing of Petition for Review filed in this Court on August 25, 2006:

On September 15, 2006, the United States Court of Appeal for the District of Columbia Circuit issued an order granting expedited review of Watts's petition for review and set the following briefing schedule:

      September 29, 2006:   Petitioner Watts's Brief and Joint Appendix due

      October 27, 2006:     Respondent SEC's Brief Due

      November 3, 2006:    Petitioner Watts's Reply Due

The date for oral arguments will be set after the completion of the briefing. Pursuant to the scheduling order, on Friday, September 29, 2006, Petitioner Watts filed his brief along with the joint appendix. The D.C. Circuit docket number is 06-1307.

Dated: October 6, 2006

        Respectfully submitted,

        _____/s/_____
        Joseph I. Goldstein (D.C. Bar No. 412240)

        Andrew J. Morris (D.C. Bar No. 411865)
        Adriaen M. Morse Jr. (D.C. Bar No.483347)
        Aimée D. Latimer (D.C. Bar No. 476693)
        MAYER, BROWN, ROWE & MAW LLP
        1909 K Street, N.W.
        Washington, DC 20006-1101
        Telephone: 202-263-3000
        Facsimile: 202-263-3300

        *Counsel for Sir Philip B. Watts*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2006, I caused the foregoing Notice of Related Filing, to be served to the following by overnight delivery and electronic mail:

>Richard Humes
>Brian G. Cartwright
>Kathleen Cody
>United States Securities and Exchange Commission
>100 F Street NE
>Washington, DC 20549-9612
>
>*Counsel for the SEC*

>_____/s/_____
>Andrew J. Morris
>Mayer Brown Rowe & Maw LLP
>1909 K Street, NW
>Washington, D.C.  20006-1101