UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| In re: ) | |
| ) | |
| ROYAL DUTCH/SHELL TRANSPORT ) | D.C. M.C. 06-00248 (Kollar-Kotelly, J.) |
| SECURITIES LITIGATION ) | D.N.J. Civ. Action No. 04-374 (JAP) |
| ) | |

## RESPONSE TO MINUTE ORDER DATED OCTOBER 10, 2006

Defendant Sir Philip B. Watts hereby submits his written response to the Court's Minute Order, dated October 10, 2006, ordering Watts to show cause as to "why his Motion to Compel currently before this Court should not be stayed pending the Court of Appeals' disposition of his Petition for Review."[1]

Watts does not object to the stay of his Motion to Compel the Securities and Exchange Commission to Comply with a Deposition Subpoena, which was filed with the Court on May 26, 2006. The issues addressed in that Motion overlap with the issues raised in the Petition for Review that Watts filed with the Court of Appeals.

Watts does object to a stay of his Motion to Compel the Securities and Exchange Commission To Produce Documents Pursuant To Rule 45 Subpoena *Duces Tecum*, filed on October 6, 2006. This second motion addresses a separate subpoena. It addresses the SEC's refusal to comply with a subpoena duces tecum, whereas the first motion to compel relates only to the SEC's refusal to comply with a subpoena ad testificandum – the sole subject of the

---

[1] The Court's minute order directed that Watts' response be submitted by October 17, 2006. However, the two attorneys for Watts who received electronic notification of the minute order were out of the office and thus were not made aware of the Order until today. Counsel previously, but unsuccessfully, attempted to supplement the list of attorneys for Watts who received electronic notification of the filings in this matter.

Petition for Review. Because the second motion seeks resolution of issues that are not addressed by the Petition for Review, Watts respectfully requests that the Court decline to stay Watts' second motion.

Date: October 19, 2006

                                                Respectfully submitted,

                                        _____/s/_____
Joseph I. Goldstein (D.C. Bar No. 412240)
Andrew J. Morris (D.C. Bar No. 411865)
Adriaen M. Morse Jr. (D.C. Bar No. 483347)
Aimée D. Latimer (D.C. Bar No. 476693)
MAYER, BROWN, ROWE & MAW LLP
1909 K Street, N.W.
Washington, DC 20006-1101
Telephone: 202-263-3000
Facsimile: 202-263-3300

*Counsel for Sir Philip B. Watts*

2