**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2006, I caused the foregoing "Response to Minute Order Dated October 10, 2006" to be served electronically on the individuals specified below:

Richard Humes
Brian G. Cartwright
Kathleen Cody
United States Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549-9612

*Counsel for the SEC*

_____/s/_____
Sharan E. Lieberman
Mayer, Brown, Rowe & Maw LLP
1909 K. St., NW
Washington, DC 20006-1101
Tel: 202-263-3470
slieberman@mayerbrownrowe.com