UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In re: :
ROYAL DUTCH/SHELL TRANSPORT :
SECURITIES LITIGATION   : Case No.1:06-mc-00248 (Kollar-Kotelly, J.)
 :

**REPLY OF SECURITIES AND EXCHANGE COMMISSION
TO PHILIP WATTS' RESPONSE TO MINUTE ORDER
DATED OCTOBER 10, 2006**

Philip Watts' Motion to Compel the Securities and Exchange Commission to Produce Documents Pursuant to Rule 45 Subpoena *Duces Tecum* should be stayed pending the Court of Appeals disposition of his Petition for Review. Although Watts did not ask the Court of Appeals to consider his subpoena *duces tecum* to the Securities and Exchange Commission ("Commission"), the subpoena *duces tecum* seeks from documents much of the same information that the subpoenas before the Court of Appeals seek through depositions. The Commission's position is that both subpoenas seek information protected by the deliberative process privilege, and in both cases the application of the deliberative process privilege is a central issue. Indeed, Watts makes the same arguments regarding the application of the deliberative process privilege in both courts. Consequently, considerations of judicial comity and efficiency indicate that a stay is appropriate in this matter. *See, e.g, Handy v. Shaw, Bransford, Veilleus & Roth*, 325 F.3d 346, 349 (D.C. Cir. 2003) ("separate parallel proceedings have long been recognized as a judicial inconvenience"); *Washington Metropolitan Area Transit Authority v. Ragonese*, 617 F.2d 828, 830 (D.C. Cir. 1980) ("Considerations of comity and orderly administration of justice dictate that two courts of equal authority should not hear the same case simultaneously.").

For these reasons, Watts' Motion to Compel the Securities and Exchange Commission to Produce Documents Pursuant to Rule 45 Subpoena *Duces Tecum* should be stayed pending the Court of Appeals' disposition of his Petition for Review just as his motion to compel deposition testimony has already been stayed.

Respectfully submitted,

*Kathleen Cody*
MELINDA HARDY
Assistant General Counsel
D.C. Bar # 431906

KATHLEEN CODY
Senior Counsel
D.C. Bar # 412517

Counsel for SEC
100 F Street, N.E.
Washington, D.C. 20549-9612
Tel: 202-551-5126
Fax: 202-772-9263

October 20, 2006

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 20, 2006, I caused this electronically-filed Reply of Securities and Exchange Commission to Philip Watts' Response to Minute Order Dated October 10, 2006 to be served on counsel for Philip Watts via electronic mail:

> Joseph I. Goldstein, Esq.
> Mayer, Brown, Rowe & Maw LLP
> 1909 K Street, N.W.
> Washington, D.C. 20006-1101
> jgoldstein@mayerbrownrowe.com

*Kathleen Cody*
Kathleen Cody
Counsel for SEC

Dated: October 20, 2006