UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re: ) <br> ) <br> ROYAL DUTCH/SHELL TRANSPORT ) <br> SECURITIES LITIGATION ) <br> ) <br> ) | D.C. M.C. 06-00248 (Kollar-Kotelly, J.) <br> D.N.J. Civ. Action No. 04-374 (JAP) |

**RESPONSE OF SIR PHILIP B. WATTS TO THE
"REPLY" OF THE SECURITIES AND EXCHANGE COMMISSION
RELATING TO MINUTE ORDER DATED OCTOBER 10, 2006**

Defendant Sir Philip B. Watts ("Watts") submits this response to the Reply memorandum filed by the SEC on October 20, 2006, in which the SEC asks this Court to stay Watts' Motion to Compel the SEC to Produce Documents Pursuant to Rule 45 Subpoena. Watts respectfully requests that this Court deny the SEC's request, because his Motion to Compel seeks enforcement of a subpoena that is not at issue in the D.C. Circuit and that he cannot seek to enforce in that Court.

Watts' Motion to Compel asks this Court to order the SEC to produce documents identified in a subpoena *duces tecum* served on the agency. The SEC's opposition to Watts' Motion to Compel was due, by Watts' calculation, on October 20, 2006. On that day, instead of filing that opposition, the SEC filed its "Reply," in which it asked this Court to stay Watts' Motion. The SEC had not obtained permission to ignore the deadline for its Opposition, nor had it consulted with Watts about obtaining an extension of time to file the Opposition.

In any event, the SEC's request should be denied on the merits, because resolution of the D.C. Circuit case will not resolve this matter. The SEC contends only that "the subpoena *duces tecum* seeks from documents much the same information that the subpoenas [*ad testificandum*] seek through depositions." (SEC Reply at 1.) As this argument shows, the SEC does not

contend that the document subpoena is at issue before the D.C. Circuit. Watts can pursue enforcement of the document subpoena only in this Court, and he should not be denied his right to obtain these documents before it is too late to use them in the underlying litigation.

The SEC also notes that it has asserted the deliberative process privilege in response to both subpoenas. That is correct. But it is irrelevant, because it does not indicate that resolution of the D.C. Circuit petition will resolve the dispute about the document subpoena. Notably, the SEC does not represent that it will withdraw its objections to the document subpoena if it loses the deliberative process issue in the D.C. Circuit. Absent that representation, there is no basis to expect that resolving the D.C. Circuit matter would resolve the motion in this Court. And it would be unfair to Watts to permit the SEC to obtain a stay now, then later to litigate Watts' motion to enforce the document subpoena.

The SEC has acknowledged the distinctions between the two subpoenas in previous briefing before this Court. For example, in its Opposition to the Motion to Compel Compliance with the Deposition Subpoena, the SEC argued that the motion should be denied because the same information could, and should, be obtained from documents:

> [D]ocument subpoenas are often more likely to lead to clearly relevant evidence than staff testimony, and production of documents often interferes less with government functions than testimony.

(SEC Opp. Br., filed June 16, 2006, at 12.)

      Watts requests that the Court (1) deny the SEC's request that Watts' Motion to Compel the SEC to Produce Documents Pursuant to Rule 45 Subpoena be stayed; and (2) order the SEC to respond to this Motion within 10 days of the Court's Order.

Date:  October 24, 2006

                      Respectfully submitted,

                      _____/s/_____
                      Joseph I. Goldstein (D.C. Bar No. 412240)
                      Andrew J. Morris (D.C. Bar No. 411865)
                      Adriaen M. Morse Jr. (D.C. Bar No. 483347)
                      Aimée D. Latimer (D.C. Bar No. 476693)
                      MAYER, BROWN, ROWE & MAW LLP
                      1909 K Street, N.W.
                      Washington, DC 20006-1101
                      Telephone: 202-263-3000
                      Facsimile: 202-263-3300

                      *Counsel for Sir Philip B. Watts*

CERTIFICATE OF SERVICE

      I hereby certify that on October 24, 2006, a copy of the foregoing Response of Sir Philip B. Watts to the "Reply" of the Securities and Exchange Commission Relating to Minute Order Dated October 10, 2006, was provided to the following by email and overnight courier for delivery the next business day:

            Richard Humes
            Brian G. Cartwright
            Kathleen Cody
            United States Securities and Exchange Commission
            100 F Street NE
            Washington, DC 20549-9612

            *Counsel for the SEC*


            _____ /s/_____
            Andrew J. Morris
            Mayer Brown Rowe & Maw LLP
            1909 K Street, NW
            Washington, D.C.  20006-1101