UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | |
| ) | |
| ROYAL DUTCH/SHELL TRANSPORT ) | 1:06-mc-00248 (Kollar-Kotelly, J) |
| SECURITIES LITIGATION ) | D.N.J. Civ. Action No. 04-374 (JAP) |
| ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Philip B. Watts, who initiated the above-captioned action on May 26, 2006, and the Securities and Exchange Commission hereby stipulate and agree to the dismissal of this action without prejudice. The parties further stipulate and agree that, as between them, each party shall bear its own costs and attorneys' fees incurred in this action.

Dated: February 21, 2008

Respectfully submitted,

| /s/ | /s/   (with permission) |
|---|---|
| Joseph I. Goldstein (D.C. Bar No. 412240) | Kathleen Cody (D.C. Bar No. 412517) |
| | |
| Andrew J. Morris (D.C. Bar No. 411865) | Melinda Hardy (D.C. Bar No. 431906) |
| Adriaen M. Morse Jr. (D.C. Bar No.483347) | United States Securities and |
| Aimée D. Latimer (D.C. Bar No. 476693) | Exchange Commission |
| MAYER BROWN LLP | 100 F Street, N.E. |
| 1909 K Street, N.W. | Washington, DC 20549-9612 |
| Washington, DC 20006-1101 | Telephone: 202-551-5126 |
| Telephone: 202-263-3000 | Facsimile: 202-772-9263 |
| Facsimile: 202-263-3300 | *Counsel for the SEC* |
| *Counsel for Sir Philip B. Watts* | |

SO ORDERED : _____
United States District Court Judge

Entered this 21 day of Feb. , 2008

## Notice Pursuant to Local Rule 7(k)

Notice of the entry of the Order should be served on the following persons:

>Melinda Hardy
>Kathleen Cody
>United States Securities and Exchange Commission
>100 F Street, NE
>Washington, DC 20549-9612
>Telephone: 202-551-5126
>Facsimile: 202-772-9263
>*Counsel for the SEC*
>
>Joseph I. Goldstein
>Andrew J. Morris
>Adriaen M. Morse Jr.
>Aimée D. Latimer
>MAYER, BROWN LLP
>1909 K Street, N.W.
>Washington, DC 20006-1101
>Telephone: 202-263-3000
>Facsimile: 202-263-3300
>*Counsel for Sir Philip B. Watts*